**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
AT COVINGTON**

| | | |
|---|---|---|
| FLAHERTY & COLLINS CONSTRUCTION, INC. | : | CASE NO. _____ |
| | : | |
| | : | JUDGE _____ |
| COVINGTON FC II, LLC | : | |
| | : | |
| COVINGTON FC III, LLC | : | MAGISTRATE JUDGE _____ |
| | : | |
| Plaintiffs | : | **DEFENDANT THE CINCINNATI** |
| | : | **INSURANCE COMPANY'S** |
| v. | : | **NOTICE OF REMOVAL** |
| | : | |
| THE CINCINNATI INSURANCE COMPANY | : | |
| | : | |
| Defendant | : | |

COMES NOW Defendant The Cincinnati Insurance Company ("Cincinnati Insurance"), by and through its undersigned counsel, and, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby files this Notice of Removal of Case No. 19-CI-01704 filed against it by Plaintiffs Flaherty & Collins Construction, Inc., Covington FC II, LLC, and Covington FC III, LLC (collectively, "F&C") in the Circuit Court of Kenton County, Kentucky on September 20, 2019.  In support of this Notice of Removal, Cincinnati Insurance states as follows:

1. This case concerns the availability of coverage under a builders' risk policy issued by Cincinnati Insurance to F&C in a claim arising out of the flooding of the Covington RiverHaus Apartments construction site located at 501 Main Street, Covington, Kenton County, Kentucky.  F&C filed this lawsuit against Cincinnati Insurance generally alleging breach of contract and bad faith.

2. Flaherty & Collins Construction, Inc. is a citizen of the State of Indiana pursuant to 28 U.S.C. § 1332(c)(1), as it is incorporated in and has its principal place of business in Indiana.

3. Covington FC II, LLC is a citizen of the State of Indiana pursuant to <u>Delay v. Rosenthal Collins Group</u>, 585 F.3d 1003, 1005 (6th Cir. 2009), as it is a single member limited liability company that was formed in and has its principal place of business in Indiana and its member and sub-members are all Indiana citizens.

4. Covington FC III, LLC is a citizen of the State of Indiana pursuant to <u>Delay v. Rosenthal Collins Group</u>, 585 F.3d 1003, 1005 (6th Cir. 2009), as it is a single member limited liability company that was formed in and has its principal place of business in Indiana and its member and sub-members are all Indiana citizens.

5. Cincinnati Insurance is a citizen of the State of Ohio pursuant to 28 U.S.C. § 1332(c)(1), as it is incorporated in and has its principal place of business in Ohio.

6. The amount in controversy exceeds $75,000.00, exclusive of interest and costs, pursuant to 28 U.S.C. § 1446(c)(2), as F&C's Complaint itemizes special damages in excess of $75,000.00.

7. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1332(a)(1) and 1441(a).

8. Removal to this Court is proper pursuant to 28 U.S.C. §§ 1441(a) & (b).

9. Cincinnati Insurance is filing this Notice of Removal within 30 days of its receipt of Plaintiff's Complaint filed against it in Case No. 19-CI-01704 in the Circuit Court of Kenton County, Kentucky pursuant to 28 U.S.C. § 1446(b)(1).

10. Attached hereto are copies of all process, pleadings, and orders served upon Cincinnati Insurance in Case No. 19-CI-01704 in the Circuit Court of Kenton County, Kentucky pursuant to 28 U.S.C. § 1446(a).

11. A copy of this Notice of Removal has been served on counsel for F&C and filed with the Clerk of the Circuit Court of Kenton County, Kentucky pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Cincinnati Insurance hereby removes Case No. 19-CI-01704 pending in the Circuit Court of Kenton County, Kentucky to the United States District Court for the Eastern District of Kentucky at Covington.

        Respectfully submitted,

        /s/ James P. Nolan, II
        Hon. James P. Nolan, II (91301)
        Hon. Christopher J. Mulvaney (87217)
        Hon. Matthew F.X. Craven (94300)
        Rolfes Henry Co., LPA
        600 Vine Street, Suite 2600
        Cincinnati, Ohio 45202
        T:    513-579-0080
        F:    513-579-0222
        E:    jnolan@rolfeshenry.com
        E:    cmulvaney@rolfeshenry.com
        E:    mcraven@rolfeshenry.com
        *Attorneys for Defendant, The Cincinnati Ins. Co.*

## **CERTIFICATE OF SERVICE**

I certify that a copy hereof was filed electronically via the CM/ECF system on October 15, 2019, and served via U.S. Mail and e-mail upon the following:

Hon. Theresa L. Nelson
Hon. Robert R. Sparks
Strauss Troy Co., LPA,
150 East Fourth Street, 4th Floor
Cincinnati, OH 45202
tlnelson@strausstroy.com
rrsparks@strausstroy.com
*Counsel for Plaintiffs*

        /s/ James P. Nolan, II
        James P. Nolan, II