824ECFB9-F247-48BA-A22F-D35227709885 : 000001 of 000059

COMMONWEALTH OF KENTUCKY
KENTON CIRCUIT COURT
DIVISION _____
CASE NO. _____

| | | |
|---|---|---|
| FLAHERTY & COLLINS CONSTRUCTION, INC., COVINGTON FC II LLC, AND COVINGTON FC III LLC, | ) ) ) ) | *Electronically Filed* |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| THE CINCINNATI INSURANCE COMPANY, | ) ) | |
| Serve: Steve Corbly, Process Agent 6200 S. Gilmore Rd Fairfield, OH 45014 | ) ) ) ) | |
| Defendant. | ) ) | |

## COMPLAINT AND JURY DEMAND

Plaintiffs, Flaherty & Collins Construction, Inc., Covington FC LLC, Covington FC II LLC, and Covington FC III LLC (collectively, "F&C"), for their Complaint for Damages against The Cincinnati Insurance Company ("CIC"), allege and state as follows:

### INTRODUCTION

1.     This lawsuit arises from CIC's delay, breach of contract, and bad faith failure to pay F&C's insurance claim for flood-related damages and losses incurred during construction of the River Haus Apartments, a residential apartment and retail development located at 501 Main Street, Covington, Kentucky 41011 (the "Project"). CIC insured the Project against flooding, but has failed and refused to pay for these damages and losses.

**PARTIES AND JURISDICTION**

2.      Covington FC LLC, Covington FC II LLC and Covington FC III LLC (the "Covington FC Entities") are limited liability companies organized and existing under the laws of the State of Indiana and maintain their offices at One Indiana Square, 211 North Pennsylvania Street, Suite 3000, Indianapolis, Indiana 46204. The Covington FC Entities are the owners and developers of the River Haus Project.

3.      Flaherty & Collins Construction, Inc. is a corporation incorporated and existing under the laws of the State of Indiana and maintains its offices at One Indiana Square, 211 North Pennsylvania Street, Suite 3000, Indianapolis, Indiana 46204. Flaherty & Collins Construction is the general contractor for the Project.

4.      CIC is an insurance company organized and existing under the laws of the State of Ohio and maintains its offices at 6200 S. Gilmore Road, Fairfield, Ohio 45014-5141. CIC is licensed to issue insurance policies in Kentucky.

5.       CIC insured the Project under Builder's Risk Policy Number CAP 525 04 68 (the "Policy"), for a period from September 18, 2017 to September 18, 2019. A copy of the Policy is attached as Exhibit A.

6.      Jurisdiction and venue are proper in Kenton County, Kentucky pursuant to KRS § 452.400 because the damage to the Property occurred in Kenton County and the events, omissions, and damages to F&C that give rise to the lawsuit occurred in Kenton County.  Further, CIC agreed to insure the Project, which is located in Kenton County. *Id.*

**FACTUAL BACKGROUND**

**The Insurance Policy**

7.      The Policy insured the Project against direct physical loss to covered property caused by a "Covered Cause of Loss." The covered property under the Policy includes

2

824ECFB9-F247-48BA-A22F-D35227709885 : 000002 of 000059

824ECFB9-F247-48BA-A22F-D35227709885 : 000003 of 000059

"foundations, excavations, grading and filing," among the covered buildings and structures. Exhibit A at MA 112 08 14.

8.    The Policy includes flood as a Covered Cause of Loss, pursuant to a Builder's Risk Inland Marine Flood Endorsement with limits of $1 million, subject to a $25,000 deductible (the "Flood Endorsement"). *See* Exhibit A, MA 214 08 14 at 1.

9.    The Flood Endorsement amends the definition of "Covered Causes of Loss" under the Policy to include losses caused by:

> **(1)** Flood, meaning the partial or complete inundation of normally dry land areas due to:
>
> > **(a)** The unusual or rapid accumulation or runoff of rain or surface waters from any source, or
>
> \*\*\*
>
> > **(c)** Water from rivers, ponds, lakes, streams, or any other body of water that rises above, overflows from, or is not contained within its natural or man-made boundary; and
>
> All whether driven by wind or not, including storm surge:
>
> **(2)** Water under the ground surface pressing on, or flowing or seeping through;
>
> > **(a)** Foundations, walls, floors, or paved surfaces…

*Id.*

10.    The Policy also contains a Soft Costs, Rental Income, and Earnings Endorsement (the "Soft Costs Endorsement"), which provides coverage of $3,550,000 for "soft costs," $500,000 for loss of "rental income," and $2,300,000 for loss of "earnings."  Exhibit A, MA 229 08 14 at 1.

### The Flood

11.    In February 2018, heavy rains and rising Ohio River levels caused the Property to flood, halting progress on the Project and damaging the excavation site and the foundation of a

824ECFB9-F247-48BA-A22F-D35227709885 : 000004 of 000059

parking lot (the "Loss"). The damage was extensive, as reflected in the photos attached as Exhibit B.

12.     F&C engaged various contractors and consultants to evaluate the flood damage and to provide recommendations on how best to remediate the damage.

13.     The geotechnology engineer, Geotechnology, Inc., recommended that F&C consult with a stabilization specialty contractor, such as Mt. Carmel Stabilization Group ("Mt. Carmel"), to obtain an opinion on the best method to stabilize the flooded soil.

14.     Terracon, another consultant retained by F&C, agreed that if the construction schedule did not allow waiting for favorable drying weather (which it did not), then remedial measures would be needed to stabilize the excavation subgrade. Like Geotechnology, Inc., Terracon concluded that the stabilization measures should be designed by a specialty contractor, like Mt. Carmel.

15.     F&C engaged Mt. Carmel to evaluate and recommend proper measures to stabilize the Project's excavation and foundation. Mt. Carmel recommended and performed lime stabilization of the Project site in March and April of 2018.

16.     The flooding of the Project delayed construction by fifty (50) days and caused over $1 million in damage and losses, as detailed below and in F&C's claim submissions to CIC.

### F&C's Claim and CIC's Delay, Breach and Bad Faith

17.     F&C timely notified CIC of the flooding at the Project on February 24, 2018.

18.     F&C kept CIC informed on the progress of the evaluation and repair of the flood damage.

19.     CIC never objected to any of the evaluations or repairs of the flood damage being implemented by F&C at the Project.

4

20.     On May 4, 2018, F&C submitted the following costs to CIC for payment under the Policy:  $268,347 for lime stabilization, $10,175 for repair of the west parking lot, $11,569 for dewatering sump wells, and $51,180 for cleanup of the bottom of the excavation site. F&C provided CIC with proof of these claim amounts, including supporting documentation and all other information required by the Policy.

21.     On June 26, 2018, F&C made a second claim submission to CIC for the following additional costs:  $124,776 for additional lime stabilization, $6,193 for additional parking lot repairs, $33,000 for additional formwork to accelerate the construction schedule, and $209,543 for removal of unsuitable soils. F&C provided CIC with proof of these claim amounts, including supporting documentation and all other information required by the Policy.

22.     CIC failed to respond to F&C's first claim submission for over two months. When CIC finally responded on July 18, 2019, CIC took the outrageous position that the flood had no significant impact on the soil characteristics at the Project and had caused no physical loss. CIC attempted to legitimize its position by retaining a consultant, Lee A. Knuppel, to issue a report supporting these conclusions (the "Knuppel Report"). CIC ignored the photos showing heavy equipment buried in flooded soil and the conclusions of the contractors and consultants actually working on the Project regarding the work needed to repair the flood damage and continue with construction. Based on this outrageous and bad faith position, CIC agreed to pay only $41,011.08 of F&C's claim, representing $61,744.18 for dewatering and clean-up costs and $4,266.90 for material stored on site, less the $25,000 deductible.

23.     F&C submitted a third claim submission to CIC on September 13, 2018 for the following additional flood-related costs:  $146,805 for contractor costs and $31,628 for predrilling of VSC due to lime stabilization. F&C also provided an estimate of $120,000 for Flaherty &

824ECFB9-F247-48BA-A22F-D35227709885 : 000005 of 000059

824ECFB9-F247-48BA-A22F-D35227709885 : 000006 of 000059

Collins Construction's extended general conditions, which F&C supplemented on October 29, 2018 for the actual costs of $117,378.56. F&C provided CIC with proof of these claim amounts, including supporting documentation and all other information required by the Policy.

24. On September 13, 2018, F&C also submitted a letter from Mt. Carmel explaining the work performed by Mt. Carmel and a Geotechnology, Inc., report responding to the assertions made in the Knuppel Report. The Mt. Carmel report explained the necessity of lime stabilization. The Geotechnology, Inc. report stated that Mt. Carmel's stabilization and excavation efforts were "exceptional." The Geotechnology, Inc., report also detailed the extensive damage to the Property.

25. On June 6, 2019, F&C submitted their claim under the Soft Costs Endorsement for $296,691.00 in lost earnings and $183,822.00 in taxes and interest. F&C provided CIC with proof of these claim amounts, including backup and all other information required by the Policy.

26. CIC has failed to pay any additional amounts for F&C's flood-related damages and losses despite its obligation to do so under the Policy and applicable law.

27. CIC has intentionally ignored the evidence, CIC has delayed responding to F&C's claim, CIC has made repeated requests for information and documentation that has been provided by F&C, CIC has created a contrived basis for refusing to pay F&C's claim, and CIC has failed to investigate, negotiate, and attempt to settle F&C's claim in a fair and reasonable manner, ultimately forcing F&C to file this lawsuit.

## COUNT I – BREACH OF CONTRACT

28. Plaintiff incorporates, as if fully rewritten herein, the allegations in each of the preceding paragraphs.

29. F&C has incurred losses covered by the Policy in the amount of $1,491,107.56 as a result of the flood damage to the Project.

824ECFB9-F247-48BA-A22F-D35227709885 : 000007 of 000059

30.     F&C has performed all necessary conditions precedent to CIC's obligation to pay F&C's covered losses in accordance with the Policy and has paid all applicable premiums.

31.     By refusing to pay the vast majority of F&C's covered losses, and by the other acts and omissions described herein, CIC has breached the Policy.

32.     F&C has incurred damages as a result of CIC's breach of the Policy, including unpaid damages in the amount of $1,425,096.48, attorney's fees, plus other damages to be proven at trial.

## COUNT II – BAD FAITH

33.     Plaintiff incorporates, as if fully rewritten herein, the allegations in each of the preceding paragraphs.

34.     CIC has unreasonably delayed the investigation and settlement of F&C's claim, refused to pay F&C's claim without conducting a full investigation of all material facts, failed to affirm or deny coverage for over one year, failed to pay F&C's claim intentionally and without regard to the rights of F&C and CIC's obligations under the Policy and applicable law, and compelled F&C to file this lawsuit, all in violation of CIC's obligation of good faith and fair dealing owed to F&C.

35.     CIC's acts and omissions have been intentional, outrageous, and in reckless disregard for F&C's rights.

36.     F&C has incurred damages as a result of CIC's bad faith, including unpaid damages in the amount of $1,425,096.48, attorney's fees, plus other damages to be proven at trial.

## COUNT III – UNFAIR CLAIMS SETTLEMENT PRACTICES (KRS § 304.12-230)

37.     Plaintiff incorporates, as if fully rewritten herein, the allegations in each of the preceding paragraphs.

38.     CIC has violated Kentucky's Unfair Claims Settlement Practices statute by:

7

824ECFB9-F247-48BA-A22F-D35227709885 : 000008 of 000059

a.     Misrepresenting pertinent facts relating to the coverage at issue;

b.     Failing to acknowledge and act reasonably promptly upon communications of F&C's claims arising under the Policy;

c.     Refusing to pay F&C's claim without conducting a reasonable investigation based upon all available information;

d.     Failing to affirm or deny coverage of F&C's claim within a reasonable time after proof of loss statements were submitted;

e.     Not attempting in good faith to effectuate prompt, fair and equitable settlement of claims in which liability has become reasonably clear;

f.     Compelling F&C to institute litigation to recover amounts due under the Policy by offering substantially less than amounts ultimately recovered in similar actions;

g.     Delaying an investigation or payment of claims by requiring F&C to submit a preliminary claim report and then requiring the subsequent submission or formal proof of loss forms, both of which submissions contain substantially the same information; and/or

h.     Failing to promptly settle claims, where liability has become reasonably clear, under one portion of the Policy in order to influence settlements under other portions of the same Policy.

39.     F&C has incurred damages as a result of CIC's violation of Kentucky's Unfair Claims Settlement Practices statute, including unpaid damages in the amount of $1,425,096.48, attorney's fees, plus other damages to be proven at trial.

## COUNT IV – VIOLATION OF KRS § 304.12-235

40.     Plaintiff incorporates, as if fully rewritten herein, the allegations in each of the preceding paragraphs.

41.     F&C has made four formal claim submissions: the first on May 4, 2018, the second on June 26, 2018, and the third on September 13, 2018 (supplemented on October 29, 2018) and the fourth on June 6, 2019.

42.     CIC failed to make a good faith effort to settle each of F&C's claim submissions within thirty (30) days after F&C's notice and proof of claim, in the substance and form required by the terms of the Policy, as required by KRS § 304.12-235.

43.     CIC's failure to pay has been without good faith or reasonable foundation.

### COUNT V – PUNITIVE DAMAGES

44.     Plaintiff incorporates, as if fully rewritten herein, the allegations in each of the preceding paragraphs.

45.     Punitive damages are available against a party that engages in an intentional misrepresentation, deceit, or concealment of material fact, known to the defendant, with the intent to cause injury to the plaintiff.

46.     Punitive damages may also be awarded if a party acts with gross negligence, or wanton or reckless disregard for the lives, safety or property of others.

47.     CIC's handling of Plaintiffs' insurance claim justifies an award of punitive damages.

WHEREFORE, Plaintiffs demand judgment against Defendant as follows:

A.  For their contractual and compensatory damages;

B.  For punitive damages;

C.  For their attorney fees and costs;

D.  For prejudgment interest; and,

E.  For all other proper and appropriate equitable and legal relief.

### JURY DEMAND

F&C demands a jury trial on all claims and issues so triable.

Dated: September 20, 2019.

        /s/ Theresa L. Nelson
        Theresa L. Nelson (KY 88737)
        Robert R. Sparks (KY 83685)
        STRAUSS TROY CO., LPA
        150 East Fourth Street, 4th Floor
        Cincinnati, OH  45202
        Tel:  (513) 621-2110
        Fax:  (513) 241-8259
        *tlnelson@strausstroy.com*
        *rrsparks@strausstroy.com*

        *Counsel for Plaintiffs*

13615570_1.docx

824ECFB9-F247-48BA-A22F-D35227709885 : 000010 of 000059



# The Cincinnati Insurance Company
### A Stock Insurance Company

**Headquarters:** 6200 S. Gilmore Road, Fairfield, OH 45014-5141
**Mailing address:** P.O. Box 145496, Cincinnati, OH 45250-5496
*www.cinfin.com* ■ 513-870-2000

## COMMON POLICY DECLARATIONS

**NOTICE**

Your premium for this policy includes a Kentucky state surcharge tax required by KRS 136.392 and a tax which will be remitted to the municipality or county in which you reside as required by KRS 91A.080. The amount of the tax is shown on your policy.
**S-KY-1(11/15)**

| DECLARATIONS | POLICY NUMBER   CAP 525 04 68 |
|---|---|

**NAMED INSURED** COVINGTON FC II LLC
COVINGTON FC III LLC
COVINGTON FC LLC
FLAHERTY & COLLINS CONSTRUCTION INC

**ADDRESS**
(Number & Street,   ONE INDIANA SQUARE
Town, County,   SUITE 3000
State & Zip Code)   INDIANAPOLIS IN 46204-2063

**Previous Policy Number:**
NEW

**Policy Period:** At 12:01 A.M., STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE

**All coverages except Automobile and / or Garage**
Policy number:   CAP 525 04 68       FROM: 09-18-2017   TO: 09-18-2019

**Automobile and / or Garage**
Policy number:       FROM:       TO:

Agency   ONI RISK PARTNERS INC 13-323
City     INDIANAPOLIS IN

**Legal Entity / Business Description**
LIMITED LIABILITY COMPANY

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**FORMS APPLICABLE TO ALL COVERAGE PARTS: (show numbers)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IA4330 | 03/08 | IA102 | 09/08 | MI1393 | 06/91 | IA904 | 04/04 |
| IL0017 | 11/98 | IA4122KY | 03/16 | IA4236 | 01/15 | IA4238 | 01/15 |
| IA4338 | 05/11 | IP446 | 08/01 | MA512 | 08/14 | | |

PE6
10-04-2017

Countersigned _____   By _____

(Date)                                   (Authorized Representative)

ORIGINAL

**IA 501 01 12**

EXHIBIT A

824ECFB9-F247-48BA-A22F-D3522T709885 : 000011 of 000059

# FORMS AND ENDORSEMENTS SCHEDULE
# AT INCEPTION OF POLICY

**POLICY NUMBER**   CAP 525 04 68                          **EFFECTIVE DATE**   09-18-2017

**NAMED INSURED**   COVINGTON FC II LLC, COVINGTON FC III LLC, COVINGTON FC LLC
FLAHERTY & COLLINS CONSTRUCTION INC

**FORMS AND ENDORSEMENTS APPLICABLE AT INCEPTION OF POLICY**

| | | |
|---|---|---|
| IA501KY | 01/12 | COMMON POLICY DECLARATIONS |
| IA4330 | 03/08 | FORMS AND ENDORSEMENTS SCHEDULE AT INCEPTION OF POLICY |
| IA102 | 09/08 | SUMMARY OF PREMIUMS CHARGED |
| MI1393 | 06/91 | ENDORSEMENT KENTUCKY TAXES |
| IA904 | 04/04 | SCHEDULE OF LOCATIONS |
| IL0017 | 11/98 | COMMON POLICY CONDITIONS |
| IA4122KY | 03/16 | KENTUCKY CHANGES - CANCELLATION AND NONRENEWAL |
| IA4236 | 01/15 | POLICYHOLDER NOTICE TERRORISM INSURANCE COVERAGE |
| IA4238 | 01/15 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| IA4338 | 05/11 | SIGNATURE ENDORSEMENT |
| IP446 | 08/01 | NOTICE TO POLICYHOLDERS |

| | | |
|---|---|---|
| MA512 | 08/14 | BUILDERS' RISK INLAND MARINE COVERAGE PART DECLARATIONS |
| MA922 | 06/95 | BUILDERS RISK INLAND MARINE MORTGAGE HOLDER SCHEDULE |
| MA112 | 08/14 | BUILDERS' RISK INLAND MARINE COVERAGE FORM |
| MA214 | 08/14 | BUILDERS' RISK INLAND MARINE FLOOD ENDORSEMENT |
| MA216 | 08/14 | BUILDERS' RISK INLAND MARINE EARTHQUAKE ENDORSEMENT |
| MA229 | 08/14 | SOFT COSTS, RENTAL INCOME AND EARNINGS ENDORSEMENT |
| MA230 | 01/09 | EQUIPMENT BREAKDOWN COVERAGE |
| MA457 | 08/14 | BUILDERS' RISK INLAND MARINE TREES, SHRUBS AND PLANTS ENDORSEMENT |
| IA450A | 11/87 | EXPEDITING EXPENSES COVERAGE |
| IA450B | 11/87 | ORDINANCE OR LAW COVERAGE |
| IA450C | 11/87 | ADDITIONAL INSURED- BUILDERS' RISK FORM |
| IA450D | 11/87 | BUILDERS' RISK LENDER'S LOSS PAYABLE |

This is a schedule of the forms and endorsements found in this policy on its inception date. The schedule is not updated during the policy term to reflect additions to or deletions from this schedule. No coverage is provided by this schedule. It does not replace any provision of your policy. You should read your policy and review your declarations page(s) and any subsequent endorsements carefully for complete information on the coverage that you are provided. If there is any conflict between the policy and this schedule, the provisions of the policy shall prevail.

IA 4330 03 08

Attached to POLICY
NUMBER __CAP 525 04 68__

# SUMMARY OF PREMIUMS CHARGED

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE
PARTS FOR WHICH A PREMIUM CHARGE IS INDICATED**

| | | |
|---|---|---|
| Commercial Property Coverage Part | $ | |
| Commercial General Liability Coverage Part | $ | |
| Commercial Umbrella / Excess Liability Coverage Part | $ | |
| | $ | |
| __BUILDERS RISK__ | $ | __177,463__ |
| __KY MUNICIPAL TAXES-REFER TO MI1393__ | $ | __24,674__ |
| __KY STATE SURCHARGES-REFER TO MI1393__ | $ | __3,218__ |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Installment Charge | $ | |
| Sub-Total | $ | __205,355__ |
| | | |
| Commercial Auto Coverage Part | $ | |
| Auto Installment Charge | $ | |
| Terrorism Coverage | $ | __1,331__ |
| Annual Total | $ | __206,686  PREPAID__ |

**PAYMENTS**                    **MINIMUM EARNED PREMIUM-$88,732**

| | | | | | |
|---|---|---|---|---|---|
| All Other | + | Auto | = | Total Installment | |
| First Installment | Remaining Installment | First Installment | Remaining Installment | First Installment | Remaining Installment |
| $ | $ | + $ | $ | = $ | $ |

Automobile Coverages, Employers Liability, Employment Practices Liability Coverage, Professional Liability Coverage, Terrorism Coverage and / or Wrongful Acts Coverage, if included in the policy, are subject to Annual Adjustment of rates and premium on each anniversary of the policy.

Commercial Umbrella and Excess Liability, if included in the policy, may be subject to Annual Adjustment of premium on each anniversary. Refer to the Commercial Umbrella or Excess Liability Coverage Part Declarations form to see if this is applicable.

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

IA 102 09 08

# ENDORSEMENT

## KENTUCKY TAXES

The following Kentucky taxes (which include a collection fee) have been applied to your policy:

| ANNUAL PREMIUM | KY SURCHARGE TAX | MUNICIPAL TAX | COUNTY TAX | TOTAL |
|---|---|---|---|---|
| IN MARINE | 178,794  1.8%  3,218 | COVINGTON (400005) 13.8%  24,674 | | 206,686 |

All other terms and conditions of this policy remain unchanged.

Agent    <u>ONI RISK PARTNERS INC 13-323</u>
         INDIANAPOLIS IN

MI-1393 (6/91)

824ECFB9-F247-48BA-A22F-D35227709885 : 000014 of 000059

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## SCHEDULE OF LOCATIONS

| LOC. | STREET ADDRESS | CITY | STATE | ZIP CODE |
|------|----------------|------|-------|----------|
| 1 | 501 MAIN STREET | | | |
| | COVINGTON KY 41011 | | | |

IA 904 04 04

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

    a. 10 days before the effective date of cancellation if we cancel for non-payment of premium; or

    b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination of Your Books and Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections and Surveys**

1. We have the right to:

    a. Make inspections and surveys at any time;

    b. Give you reports on the conditions we find; and

    c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

    a. Are safe or healthful; or

    b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. Transfer of Your Rights and Duties Under this Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**IL 00 17 11 98**          Copyright, Insurance Services Office, Inc., 1998

824ECFB9-F247-48BA-A22F-D35227709885 : 000016 of 000059

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# KENTUCKY CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CHEMICAL DRIFT LIMITED LIABILITY COVERAGE PART - CLAIMS-MADE
CINCINNATI CYBER DEFENSE™ COVERAGE PART
CINCINNATI DATA DEFENDER™ COVERAGE PART
CINCINNATI NETWORK DEFENDER™ COVERAGE PART
CLAIMS-MADE EXCESS LIABILITY COVERAGE PART
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL UMBRELLA LIABILITY COVERAGE PART
CONTRACTOR'S ERRORS AND OMISSIONS COVERAGE FORM - CLAIMS-MADE
CONTRACTORS' LIMITED POLLUTION LIABILITY COVERAGE FORM
CRIME AND FIDELITY COVERAGE PART
ELECTRONIC DATA LIABILITY COVERAGE PART
EMPLOYEE BENEFIT LIABILITY COVERAGE
EMPLOYMENT PRACTICES LIABILITY COVERAGE PART
EXCESS LIABILITY COVERAGE PART
EXCESS WORKERS COMPENSATION AND EMPLOYERS LIABILITY COVERAGE PART
FARM COVERAGE PART
GOLF COURSE CHEMICAL APPLICATION LIMITED LIABILITY COVERAGE FORM
HOLE-IN-ONE COVERAGE FORM
LIQUOR LIABILITY COVERAGE PART
MACHINERY AND EQUIPMENT COVERAGE PART
MANUFACTURER'S ERRORS AND OMISSIONS COVERAGE FORM
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
PROFESSIONAL UMBRELLA LIABILITY COVERAGE PART
PROFESSIONAL UMBRELLA LIABILITY COVERAGE PART - CLAIMS-MADE
SEPTIC SYSTEMS DESIGN AND INSPECTION ERRORS AND OMISSIONS COVERAGE PART
SINGLE INTEREST AUTOMOBILE PHYSICAL DAMAGE INSURANCE POLICY

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2. Cancellation of Policies in Effect for 60 Days or Less**

If this policy has been in effect for 60 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, stating the reason for cancellation, at least 14 days before the effective date of cancellation.

**B.** The following is added to the **Cancellation** Common Policy Condition:

**7. Cancellation of Policies in Effect for More than 60 Days**

**a.** If this policy has been in effect for more than 60 days or is a renewal of a policy we issued, we may cancel

this policy only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** Discovery of fraud or material misrepresentation made by you or with your knowledge in obtaining the policy, continuing the policy, or in presenting a claim under the policy;

**(3)** Discovery of willful or reckless acts or omissions on your part which increase any hazard insured against;

**(4)** The occurrence of a change in the risk which substantially increases any hazard insured against after insurance coverage has been issued or renewed;

IA 4122 KY 03 16

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 1 of 2

# POLICYHOLDER NOTICE
# TERRORISM INSURANCE COVERAGE

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

Your policy may contain coverage for certain losses caused by terrorism.

**Premium:**

In accordance with the federal Terrorism Risk Insurance Act, we are required to notify you of the portion of the premium, if any, attributable to the coverage for terrorist acts certified under the Terrorism Risk Insurance Act.

- Refer to the SUMMARY OF PREMIUMS CHARGED or DECLARATIONS PAGE for the portion of your premium that is attributable to coverage for terrorist acts certified under the Act.

**Federal Participation:**

The Act also requires us to provide disclosure of federal participation in payment of terrorism losses.

- Under your policy, any losses caused by certified acts of terrorism would be partially reimbursed by the United States Government, Department of Treasury, under a formula established by federal law. Under this formula, the federal share equals a percentage, as specified in the Schedule below, of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

- **Schedule:**

| Federal Share of Terrorism Losses | |
|---|---|
| **Percentage** | **Calendar Year** |
| 85% | 2015 |
| 84% | 2016 |
| 83% | 2017 |
| 82% | 2018 |
| 81% | 2019 |
| 80% | 2020 |

**Cap on Insurer Participation:**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**NOTE:** **IF YOUR POLICY IS A RENEWAL POLICY, THIS NOTICE IS PROVIDED TO SATISFY THE REQUIREMENTS UNDER THE TERRORISM RISK INSURANCE ACT FOR POLICYHOLDER DISCLOSURE: (1) AT THE TIME OF OUR OFFER TO RENEW THE POLICY AND (2) AT THE TIME THE RENEWAL IS COMPLETED.**

IA 4236 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

**All Commercial Lines Coverage Parts, Coverage Forms, Policies and Endorsements subject to the federal Terrorism Risk Insurance Act and any amendments and extensions thereto**

A. The following definition is added with respect to the provisions of this endorsement:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

B. **Cap On Losses from Certified Acts of Terrorism**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that ex-

ceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

C. **Application of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability, omission or absence of a terrorism exclusion, does not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part, Coverage Form, Policy or Endorsement such as losses excluded by:

1. Exclusions that address war, warlike action, insurrection, rebellion, revolution, military action, nuclear hazard, nuclear materials, nuclear reaction, radiation, or radioactive contamination;

2. Exclusions that address pollutants, contamination, deterioration, fungi or bacteria; or

3. Any other exclusion,

regardless if the "certified act of terrorism" contributes concurrently or in any sequence to the loss.

D. **Sunset Clause**

If the federal Terrorism Risk Insurance Act expires or is repealed, then this endorsement is null and void for any act of terrorism that takes place after the expiration or repeal of the Act.

Includes copyrighted material of ISO
Properties, Inc. and American Association
of Insurance Services, with their permission.

IA 4238 01 15

# SIGNATURE ENDORSEMENT

IN WITNESS WHEREOF, this policy has been signed by our President and Secretary in the City of Fairfield, Ohio, but this policy shall not be binding upon us unless countersigned by an authorized representative of ours. The failure to countersign does not void coverage in Arizona, Virginia and Wisconsin.

Secretary                              President

The signature on any form, endorsement, policy, declarations, jacket or application other than the signature of the President or Secretary named above is deleted and replaced by the above signatures.

IA 4338 05 11

# THE CINCINNATI INSURANCE COMPANY
# THE CINCINNATI CASUALTY COMPANY
# THE CINCINNATI INDEMNITY COMPANY

## NOTICE TO POLICYHOLDERS

Please be advised that in your application for insurance you disclosed information to The Cincinnati Insurance Company, The Cincinnati Casualty Company and The Cincinnati Indemnity Company.  The information disclosed in the application and all information subsequently collected by any of these companies may be shared among all three.

**IP 446 08 01**

# The Cincinnati Insurance Company

A Stock Insurance Company

## BUILDERS' RISK INLAND MARINE COVERAGE
## PART DECLARATIONS

Attached to and forming part of POLICY NUMBER: <u>CAP 525 04 68</u>       Effective Date: <u>09-18-2017</u>

Named Insured: IS THE SAME AS IT APPEARS ON THE COMMON POLICY DECLARATIONS

### COVERAGE PROVISIONS

| | ITEM | COMMERCIAL (C) or DWELLING (D) | LOCATION (address) | "LIMIT" |
|---|---|---|---|---|
| a. | 1 | (C) | 501 MAIN STREET COVINGTON KY 41011 | 31,600,000 |

| | | |
|---|---|---|
| b. | Covered property in transit | $ 100,000 |
| c. | Covered property at unscheduled storage locations | $ 100,000 |
| d. | All Covered Property in any one occurrence | $ 31,600,000 |

**X box to activate   ☐ The Coinsurance Clause does not apply**

### DEDUCTIBLE

| | |
|---|---|
| For all covered perils unless a different deductible is indicated below or elsewhere in the policy | $ 25,000 |
| Theft | $ 25,000 |

### MORTGAGE HOLDER

Item
    REFER TO MA922

### FORMS AND/OR ENDORSEMENTS APPLICABLE TO BUILDERS' RISK INLAND MARINE COVERAGE.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MA922 | 06/95 | MA112 | 08/14 | MA214 | 08/14 | MA216 | 08/14 |
| MA229 | 08/14 | MA230 | 01/09 | MA457 | 08/14 | IA450A | 11/87 |
| IA450B | 11/87 | IA450C | 11/87 | IA450D | 11/87 | | |

Special Provisions (if any)

Agency  <u>ONI RISK PARTNERS INC 13-323</u>
        INDIANAPOLIS IN

MA 512 08 14

Includes copyrighted material with permission
of American Association of Insurance Services

824ECFB9-F247-48BA-A22F-D35227709885 : 000022 of 000059

QUICK REFERENCE

## COMMERCIAL INLAND MARINE COVERAGE PART

### READ YOUR POLICY CAREFULLY

**DECLARATIONS PAGE**
    Named Insured
    Coverages and Limits of Insurance
**COVERAGE FORM**
**A. COVERAGE**
    **1.** Covered Property
        **a.** Buildings and Structures
        **b.** Scaffolding and Construction Forms
        **c.** Temporary Structures, Office Trailers and Fences
    **2.** Property Not Covered
    **3.** Covered Causes of Loss
    **4.** Additional Coverages
        **a.** Transit and Storage Locations
        **b.** Debris Removal
        **c.** Emergency Removal
        **d.** Emergency Removal Expense
        **e.** Fire Department Service Charges
        **f.** Pollutant Cleanup and Removal
        **g.** Rewards
        **h.** Fire Extinguisher Recharge
        **i.** Trees, Shrubs and Plants
        **j.** Construction Contract Penalty
        **k.** Expediting Expenses
        **l.** Fraud and Deceit
        **m.** Ordinance or Law Coverage for New Construction
        **n.** Plans and Blueprints
        **o.** Soft Costs
**B. EXCLUSIONS**
    • Civil Authority
    • Earth Movement
    • Water
    • Nuclear Hazard
    • Ordinance or Law
    • Penalties
    • War
    • Contamination
    • Criminal Acts
    • Freezing
    • Loss of Use
    • Missing Property
    • Pollutants
    • Rain, Snow, Ice or Sleet
    • Voluntary Parting
    • Defects
    • Electrical Currents
    • Mechanical Breakdown
    • Settling, Cracking
    • Temperature/Humidity
    • Wear and Tear
**C. DEDUCTIBLE**
**D. LOSS CONDITIONS**
**E. OTHER CONDITIONS**
**F. DEFINITIONS**
**COMMON POLICY CONDITIONS**
**A.** Cancellation
**B.** Changes
**C.** Examination of Your Books and Records
**D.** Inspections and Surveys
**E.** Premiums
**F.** Transfer of Your Rights and Duties Under This Policy

824ECFB9-F247-48BA-A22F-D35227709885 : 000023 of 000059

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BUILDERS' RISK INLAND MARINE MORTGAGE HOLDER SCHEDULE

This endorsement modifies insurance provided under the following:

**BUILDERS' RISK INLAND MARINE COVERAGE FORM**

**MORTGAGE HOLDER SCHEDULE**

```
TCF NATIONAL BANK
ITS SUCCESSORS AND/OR ASSIGNS
COMMERCIAL LENDING DEPT 380-0 4-0,
800 BURR RIDGE PKWY
BURR RIDGE IL 60527
```

**MA 922 06 95**

824ECFB9-F247-48BA-A22F-D35227709885 : 000024 of 000059

# BUILDERS' RISK INLAND MARINE COVERAGE FORM

In return for "your" payment of the required premium, "we" provide the coverage described herein subject to all the "terms" of the Builders' Risk Coverage. This coverage is also subject to the "declarations" and additional policy conditions relating to assignment or transfer of rights or duties, cancellation, changes or modifications, inspections, examination of books and records and premiums.

Endorsements and schedules may also apply. They are identified on the "declarations".

Refer to Definitions for words and phrases that have special meaning. These words and phrases are shown in quotation marks.

## A. COVERAGE

### 1. Covered Property

**a. Buildings and Structures** - "We" cover direct physical loss caused by a Covered Cause of Loss to buildings and structures described on the "declarations" while in the course of construction, erection, or fabrication. This includes materials and supplies which will become a permanent part of the buildings or structures, all while located on the premises of the buildings or structures described on the "declarations", or within 1,000 feet of such premises. This also includes foundations, excavations, grading and filling.

**b. Scaffolding and Construction Forms** - "We" cover direct physical loss, caused by a Covered Cause of Loss, to scaffolding or construction forms provided the scaffolding or construction forms are located at, or within 1,000 feet of, a building or structure described on the "declarations" and used to service the described building or structure.

**c. Temporary Structures, Office Trailers and Fences** - "We" cover direct physical loss caused by a Covered Cause of Loss to temporary structures, office trailers and fences provided the temporary structures, office trailers and fences are located on the premises of a building or structure described on the "declarations" and used to service the described building or structure.

### 2. Property Not Covered

**a. Aircraft or watercraft** - "We" do not cover aircraft or watercraft.

**b. Automobiles** - "We" do not cover automobiles or any self-propelled vehicles that are designed for highway use.

**c. Contraband** - "We" do not cover contraband or property in the course of illegal transportation or trade.

**d. Existing Buildings or Structures** - "We" do not cover existing buildings or structures to which additions, alterations, improvements, or repairs are being made.

**e. Land** - "We" do not cover land including land on which Covered Property is located.

**f. Money and Securities** - "We" do not cover accounts, bills, currency, food stamps, or other evidences of debt, lottery tickets not held for sale, money, notes, deeds, or securities.

**g. Trees, Shrubs, Plants and Lawns** - "We" do not cover trees, shrubs, plants, and lawns except as provided in **4. Additional Coverages, i Trees, Shrubs, Plants and Lawns.**

**h. Waterborne Property** - "We" do not cover property while waterborne except while in transit in the custody of a carrier for hire.

**i. Tools and Equipment** - "We" do not cover tools or equipment other than scaffolding and construction forms except as provided in **A. Coverage, 1. Covered Property, b. Scaffolding and Construction Forms.**

**j. Plans and Blueprints** - "We" do not cover construction plans, blueprints, designs or specifications or other construction docu-

Includes copyrighted material with permission of American Association of Insurance Services

ments except as provided in **A. Coverage, 4. Additional Coverages, n. Plans and Blueprints.**

**3.   Covered Causes of Loss**

"We" cover risks of direct physical loss unless the loss is:

**a.**   Limited by this coverage form; or

**b.**   Caused by a peril that is excluded.

**4.   Additional Coverages**

The following Additional Coverages are in addition to the "limit" shown in the "declarations."

**a.   Transit and Storage Locations** - "We" cover direct physical loss caused by a Covered Cause of Loss to materials and supplies which will become a permanent part of buildings or structures described on the "declarations" while they are:

(1)   In transit; or

(2)   At an unscheduled storage location.

The most "we" pay under this coverage is the "limit" indicated on the "declarations".

**b.   Debris Removal** - "We" pay the cost to remove the debris of Covered Property that is caused by a Covered Cause of Loss. This coverage does not include costs to:

(1)   Extract "pollutants" from land or water; or

(2)   Remove, restore, or replace polluted land or water.

"We" do not pay any more under this coverage than 25 percent of the amount "we" pay for the direct physical loss. "We" do not pay more for loss to property and debris removal combined than the "limit" for the damaged property.

However, "we" pay an additional amount of debris removal expense up to $25,000 when the debris removal expense exceeds 25 percent of the amount "we" pay for direct physical loss or when the loss to property and debris removal combined ex-

ceeds the "limit" for the damaged property.

"We" do not pay any expenses unless they are reported to "us" in writing within 180 days from the date of direct physical loss to Covered Property.

**c.   Emergency Removal** - "We" pay for loss to Covered Property while it is moved or being moved to prevent a loss caused by a Covered Cause of Loss. "We" pay for any direct physical loss caused by a peril that is not excluded. This coverage applies for up to 30 days after the property is first moved, but does not extend past the date on which this policy expires.

**d.   Emergency Removal Expenses** - "We" pay for your expenses to move or store covered property to prevent loss caused by a Covered Cause of Loss. The most "we" will pay for expenses to move or store covered property to prevent a loss is $10,000. This coverage does not extend past the date on which this policy expires.

**e.   Fire Department Service Charges** - "We" pay up to $10,000 to cover "your" liability, assumed by contract or agreement prior to the loss, or required by local ordinance, for fire department service charges.

This coverage is limited to charges incurred when the fire department is called to save or protect Covered Property from a Covered Cause of Loss. The $10,000 limit is the most we will pay no matter how many fire departments respond.

No deductible applies.

**f.   Pollutant Cleanup and Removal** - "We" pay "your" expense to extract "pollutants" from land or water at a location described on the "declarations". If the discharge, dispersal, seepage, migration, release, or escape of the "pollutants" is caused by a Covered Cause of Loss that occurs during the policy period. The expenses are paid only if they are reported to "us" in writing within

Includes copyrighted material with permission of American Association of Insurance Services

824ECFB9-F247-48BA-A22F-D35227709885 : 000026 of 000059

180 days from the date the Covered Cause of Loss occurs.

"We" do not pay the cost of testing, evaluating, observing, or recording the existence, level or effects of "pollutants". However, "we" pay the cost of testing which is necessary for the extraction of "pollutants" from land or water.

The most "we" pay for each site or location is $25,000 for the sum of all such expenses arising out of a Covered Cause of Loss occurring during each separate 12 month period of this policy.

g.  **Rewards** - "We" pay a reward for information which leads to an arson, theft, vandalism or burglary conviction in connection with a loss covered under this policy. The conviction must involve a covered loss under this policy caused by arson, theft or vandalism. The most "we" will pay is $5,000.

h.  **Fire Extinguisher Recharge** - "We" pay expenses incurred to recharge a portable fire extinguisher when it has been used to combat a fire covered under this policy. The most "we" will pay is $10,000.

i.  **Trees, Shrubs, Plants and Lawns** - "We" pay for direct physical loss to trees, shrubs, plants and lawns if the direct physical loss or damage results from a Covered Cause of Loss.

    (1) The most "we" will pay is $10,000 in any one occurrence for each location, but not more than $500 for any one tree, shrub or plant.

    (2) "We" do not pay for loss caused by infestation, disease, lack of moisture, insects, animals, rodents, freezing, windstorm, hail or weight of ice or snow.

    (3) This Additional Coverage does not apply to trees, shrubs, plants or lawns that are inside or upon a building or structure.

j.  **Construction Contract Penalty** - "We" pay up to $10,000 for the cost of contractual penalties for

non-completion that "you" are assessed or are required to pay because "you" are unable to complete construction of a covered building or structure on time in accordance with the provisions or conditions of the construction contract. "Your" inability to complete construction on time must be as a result of direct physical loss caused by a Covered Cause of Loss to a covered building or structure.

k.  **Expediting Expenses** - When a Covered Cause of Loss occurs to a building or structure described in the "declarations" and that Covered Cause of Loss causes a delay in completion of construction, "we" pay for reasonable expediting expenses necessary to address the delay in completion of construction caused by the Covered Cause of Loss so as to complete construction within the timeframe specified in the construction contract.

Expediting expenses include, but are not limited to, additional:

    (1) Labor or overtime;

    (2) Transportation costs and storage expense;

    (3) Expense to rent additional equipment; and

    (4) Similar construction expenses.

The most "we" pay in any one occurrence for all expediting expenses is $10,000.

l.  **Fraud And Deceit** - "We" cover theft of covered property when "you", "your" agents, "your" employees, customers, or consignees are fraudulently induced to part with the Covered Property:

    (1) To persons who falsely represent themselves as the proper persons to receive the property;

    (2) By the acceptance of fraudulent bills of lading or shipping receipts; or

    (3) As a result of or directly related to the use of any elec-

Includes copyrighted material with permission of American Association of Insurance Services

824ECFB9-F247-48BA-A22F-D35227709885 : 000027 of 000059

tronic data processing hard-
ware or software.

The most "we" pay in any one
occurrence for theft of covered
property from fraud and deceit is
$50,000.

m.  **Ordinance or Law Coverage for
New Construction**

(1)  **Coverage A - Coverage for
Loss to Undamaged Por-
tion of Building**

If a Covered Cause of Loss
occurs to covered property
shown in the "declarations",
"we" will pay for loss to the
undamaged portion of the
building caused by enforce-
ment of any ordinance or law
that:

(a)  Requires the demolition
of parts of the     same
property not damaged
by a Covered Cause of
Loss;

(b)  Regulates the construc-
tion or repair of build-
ings, or establishes zon-
ing or land use require-
ments at the described
premises; and

(c)  Is in force at the time of
loss.

(2)  **Coverage B - Demolition
Cost Coverage**

If a Covered Cause of Loss
occurs to covered Building
property "we" will pay the
cost to demolish and clear
the site of undamaged parts
of the property caused by
enforcement of building, zon-
ing or land use ordinance or
law.

The     Coinsurance     Other
Condition does not apply to
this coverage.

(3)  **Coverage C - Increased
Cost of Construction Cov-
erage**

If a Covered Cause of Loss
occurs to covered Building
property, "we" will pay for the
increased cost to repair, re-
build or construct the prop-
erty caused by enforcement

of building, zoning or land
use, ordinance or law. If the
property is repaired or re-
built, it must be intended for
similar occupancy as the cur-
rent property, unless other-
wise required by zoning or
land use, ordinance or law.

However, "we" will not pay
for the increased cost of
construction if the building is
not repaired or replaced.

The     Coinsurance     Other
Condition does not apply to
this coverage.

"We" will not pay under this
Additional Coverage for the
costs associated with the en-
forcement of any ordinance
or law which requires any in-
sured or others to test for,
monitor, clean up, remove,
contain, treat, detoxify or
neutralize, or in any way re-
spond to, or assess the ef-
fects of "pollutants."

"We" will not pay under this
Additional Coverage until the
property is actually repaired
or replaced, at the same or
another premises and "we"
will not pay under this Addi-
tional Coverage unless the
repairs or replacement are
made as soon as reasonably
possible after the loss or
damage, not to exceed two
years. "We" may extend this
period in writing during the
two years.

The most "we" will pay under
this Additional Coverage part
is $50,000 in any one occur-
rence.

n.  **Plans and Blueprints** - "We" pay
expenses to research, restore or
replace construction plans, blue-
prints or other construction doc-
uments if loss occurs due to di-
rect physical loss from a Covered
Cause of Loss at a location de-
scribed in the "declarations". The
most "we" will pay for this Addi-
tional Coverage is $25,000.

o.  **Soft Costs** - "We" pay for "soft
costs" that arise out of a "delay"
caused by a Covered Cause of
Loss to Covered Property. The

most "we" will pay for this Additional Coverage is $25,000.

**B. EXCLUSIONS**

1. "We" do not pay for loss if one or more of the following exclusions apply to the loss, regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events.

   a. **Civil Authority** - "We" do not pay for loss caused by order of any civil authority, including seizure, confiscation, destruction, or quarantine of property.

      "We" do pay for loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this coverage.

   b. **Earth Movement** - "We" do not pay for loss caused by:

      (1) Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

      (2) Landslide, including any earth sinking, rising or shifting related to such an event;

      (3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

      (4) Earth sinking (other than "sinkhole collapse"), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

      But if Earth Movement, as described in Paragraph **b. (1)** through **(4)** above, results in fire or explosion, we will pay for the loss caused by that fire or explosion.

   (5) Volcanic Eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or volcanic action, we will pay for the loss caused by that fire, building glass breakage or volcanic action.

   Volcanic action means direct loss resulting from the eruption of a volcano when the loss is caused by:

   (a) Airborne volcanic blast or airborne shock waves;

   (b) Ash, dust or particulate matter; or

   (c) Lava flow

   With respect to coverage for Volcanic Action, all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

   Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical "loss" to the described property.

   This Earth Movement exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused.

   This exclusion does not apply to Covered Property while in transit.

   c. **Water** - "We" do not pay for loss caused by:

      (1) Flood, meaning the partial or complete inundation of normally dry land areas due to:

         (a) The unusual or rapid accumulation or runoff of rain or surface waters from any source, or

         (b) Waves, tidal waters, tidal waves (including tsunami), or

         (c) Water from rivers, ponds, lakes, streams, or any other body of water that rises above, overflows from, or is not contained within its nat-

Includes copyrighted material with permission of American Association of Insurance Services

824ECFB9-F247-48BA-A22F-D35227709885 : 000029 of 000059

ural or man-made boundary; and

All whether driven by wind or not, including storm surge.

(2) Mudslides or mudflows, which are caused by flooding as defined above in Paragraph **c.(1)**. Mudslide or mudflow involves a river of liquid and flowing mud on the surface of normally dry land areas as when earth is carried by a current of water and deposited along the path of the current.

(3) Water that has entered and then backs up through and is discharged from a sewer drain, septic system, sump pump system or related equipment; or

(4) Water under the ground surface pressing on, or flowing or seeping through;

  (a) Foundations, walls, floors or paved surfaces;

  (b) Basements, whether paved or not; or

  (c) Doors, windows or other openings

(5) Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1)**, **(3)** or **(4)** above, or material carried or otherwise moved by mudslide or mudflow as described in Paragraph **(2)** above.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situations where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

However, if any of the above, as described in Paragraphs **(1)** through **(5)** above, results

in fire, explosion or sprinkler leakage, we will pay for that portion of "loss" caused by that fire, explosion or sprinkler leakage.

d. **Nuclear Hazard** - "We" do not pay for loss caused by or resulting from a nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by natural, accidental, or artificial means). Loss caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke. "We" do pay for direct loss by fire resulting from the nuclear hazard.

e. **Ordinance or Law** - "We" do not pay for loss or increased cost caused by enforcement of any code, ordinance, or law regulating the use, construction, or repair of any building or structure; or requiring the demolition of any building or structure including the cost of removing its debris except as provided in **4. Additional Coverages, m. Ordinance or Law Coverage for New Construction.**

f. **Penalties** - "We" do not pay for loss caused by penalties for non-completion or non-compliance with any contract terms or conditions except as provided in **4. Additional Coverages, j Construction Contract Penalty.**

g. **War and Military Action** - "We" do not pay for loss caused by war. This means:

  (1) Declared war, undeclared war, civil war, insurrection, rebellion, or revolution;

  (2) A warlike act by a military force or by military personnel;

  (3) The destruction, seizure, or use of the property for a military purpose; or

  (4) The discharge of a nuclear weapon even if it is accidental.

2. "We" do not pay for loss caused by or resulting from the following:

Includes copyrighted material with permission of American Association of Insurance Services

824ECFB9-F247-48BA-A22F-D35227709885 : 000030 of 000059

a. **Contamination or Deterioration** - "We" do not pay for loss caused by contamination or deterioration including corrosion, disease, decay, fungus, mildew, mold, rot, rust, or any quality, fault, or weakness in the Covered Property that causes it to damage or destroy itself.

b. **Criminal, Fraudulent or Dishonest Acts** - "We" do not pay for loss caused by or resulting from criminal, fraudulent, dishonest, or illegal acts committed alone or in collusion with another by;

(1) "You";

(2) Others who have an interest in the property;

(3) Others to whom "you" entrust the property;

(4) "Your" partners, officers, directors, trustees, joint adventurers; or

(5) The employees or agents of **(1)**, **(2)**, **(3)**, or **(4)** above, whether or not they are at work.

This exclusion does not apply to acts of destruction by "your" employees, but "we" do not pay for theft by employees.

This exclusion does not apply to Covered Property in the custody of a carrier for hire.

c. **Freezing** - "We" do not pay for loss caused by water; other liquids; powder; or molten material that leaks or flows from plumbing, heating, air-conditioning systems, or appliances other than fire protective systems caused by freezing. This does not apply if "you" use reasonable care to maintain heat in the building or structure; or "you" drain the equipment and turn off the supply if the heat is not maintained.

d. **Loss of Use** - "We" do not pay for loss caused by or resulting from loss of use, business interruption, "delay", or loss of market.

e. **Missing Property** - "We" do not pay for missing property where the only proof of loss is unex-

plained or mysterious disappearance of Covered Property, or shortage of property discovered on taking inventory, or any other instance where there is no physical evidence to show what happened to the Covered Property. This exclusion does not apply to Covered Property in the custody of a carrier for hire.

f. **Pollutants** - "We" do not pay for loss caused by or resulting from release, discharge, seepage, migration, dispersal, or escape of "pollutants" unless the release, discharge, or escape is caused by a "specified perils". "We" do not pay for any resulting loss caused by a "specified peril".

g. **Rain, Snow, Ice, Sleet or Frost** - "We" do not pay for loss caused by or resulting from rain, snow, ice, sleet or frost to property in the open which is not part of the permanent building or structure. This exclusion does not apply to Covered Property in the custody of carriers for hire.

h. **Voluntary Parting** - "We" do not pay for loss caused by or resulting from voluntary parting with title to or possession of any property because of any fraudulent scheme, trick, or false pretense except as provided in **4. Additional Coverages, I. Fraud and Deceit.**

3. "We" do not pay for loss or damage if one or more of the following exclusions apply to the loss. But if loss by a Covered Cause of Loss results "we" do pay for the resulting loss.

a. **Defects, Errors, and Omissions** - "We" do not pay for loss caused by an act, defect, error, or omission (negligent or not) relating to:

(1) Design, specifications, construction, or workmanship;

(2) Planning, zoning, development, siting, surveying, grading, or compaction; or

(3) Maintenance, installation, renovation, remodeling, or repair.

b. **Electrical Currents** - "We" do not pay for loss caused by artifi-

Includes copyrighted material with permission of American Association of Insurance Services

824ECFB9-F247-48BA-A22F-D35227709885 : 000031 of 000059

cially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts, or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system, or network; or

**(2)** Device, appliance, system, or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(1)** Electrical current, including arcing;

**(2)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(3)** Pulse of electromagnetic energy; or

**(4)** Electromagnetic waves or microwaves.

However, if fire results, we will pay for "loss" caused by that fire.

**c.** **Mechanical Breakdown** - "We" do not pay for loss caused by mechanical breakdown including centrifugal force.

**d.** **Settling, Cracking, Shrinking, Bulging, or Expanding** - "We" do not pay for loss caused by settling, cracking, shrinking, bulging, or expanding of pavements, foundations, walls, ceilings, glass, or roofs.

**e.** **Temperature/Humidity** - "We" do not pay for loss caused by dampness, dryness, or changes in or extremes of temperature.

**f.** **Wear and Tear** - "We" do not pay for loss caused by wear and tear, marring, or scratching.

## C. DEDUCTIBLE

**Deductible** - "We" pay only that part of "your" loss over the deductible amount indicated on the "declarations" in any one occurrence.

## D. LOSS CONDITIONS

**1.** **Abandonment** - "You" may not abandon the property to "us" without "our" written consent.

**2.** **Appraisal** - If "you" and "we" do not agree on the amount of the loss or actual cash value of Covered Property, either party may demand that these amounts be determined by appraisal.

If either makes a written demand for appraisal, each will select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers will then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, "you" or "we" can ask a judge of a court of record in the state where the property is located to select an umpire.

The appraisers will then determine and state separately the amount of each loss.

The appraisers will also determine the value of Covered Property items at the time of the loss, if requested.

If the appraisers submit a written report of any agreement to "us", the amount agreed upon will be the amount of the loss. If the appraisers fail to agree within a reasonable time, they will submit only their differences to the umpire. Written agreement so itemized and signed by any two of these three sets the amount of the loss.

Each appraiser will by paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire will be paid equally by "you" and "us".

**3.** **Notice** - In case of a loss, "you" must:

**a.** Give "us" or "our" agent prompt notice including a description of the property involved ("we" may request written notice); and

**b.** Give notice to the police when the act that causes the loss is a crime.

**4.** **Proof of Loss** - "You" must send "us" within 60 days after "our" request, a signed, sworn proof of loss. This must include the following information:

**a.** The time, place, and circumstances of the loss;

**b.** Other policies of insurance that may cover the loss;

Includes copyrighted material with permission of American Association of Insurance Services

824ECFB9-F247-48BA-A22F-D3522770988S : 000032 of 000059

c. "Your" interest and the interests of all others in the property involved, including all mortgages and liens;

d. Changes in title of the covered Property during the policy period; and

e. Estimates, specifications, inventories, and other reasonable information that "we" may require to settle the loss.

5. **Protect Property** - "You" must take all reasonable steps to protect Covered Property at and after an insured loss to avoid further loss. "We" will pay the reasonable costs incurred by "you" for necessary repairs or emergency measures performed solely to protect Covered Property from further damage by a peril insured against if a peril insured against has already caused a loss to Covered Property. "You" must keep an accurate record of such costs. However "we" do not pay for such repairs or emergency measures performed on property which has not been damaged by a peril insured against. This does not increase "our" "limit".

6. **Records** - "You" must produce records, including tax returns and bank microfilms of all cancelled checks, relating to value, loss, and expense and permit copies and extracts to be made of them as often as "we" reasonably request.

7. **Damaged Property** - "You" must exhibit the damaged and undamaged property as often as "we" reasonably request and allow "us" to inspect or take samples of the property.

8. **Examination** - "You" must submit to examination under oath in matters connected with the loss as often as "we" reasonably request and give "us" sworn statements of the answers. If more than one person is examined, "we" have the right to examine and receive statements separately and not in the presence of others.

9. **Cooperation** - "You" must cooperate with "us" in performing all acts required by this policy.

10. **Volunteer Payments** - "You" must not, except at "your" own expense, voluntarily make any payments, assume any obligations, pay or offer any rewards, or incur any other expenses except as respects to protecting property from further damage.

11. **Loss Payment** -

a. **Our Options** - "We" have the following options:

(1) Pay the value of the loss;

(2) Pay the cost of repairing or replacing the loss;

(3) Rebuild, repair, or replace with property of equivalent kind and quality, to the extent practicable, within a reasonable time;

(4) Take all or any part of the damaged property at the agreed or appraised value.

"We" must give "you" notice of "our" intent to rebuild, repair, or replace within 30 days after receipt of a duly executed proof of loss.

b. **Insurable Interest** - "We" do not cover more than "your" insurable interest in any property.

c. **Property of Others** - Losses to property of others may be adjusted with and paid to:

(1) "You" on behalf of the owner; or

(2) The owner.

If "we" pay the owner, "we" do not have to pay "you". "We" may also choose to defend any suits arising from the owners at "our" expense.

d. **Your Losses** - "We" adjust all losses with "you". Payment will be made to "you" unless another loss payee is named in the policy.

An insured loss will be payable 30 days after a satisfactory proof of loss is received, and the amount of the loss has been established either by written agreement with "you" or the filing of an appraisal award with "us".

e. **Loss Settlement Terms** - "We" pay the lessor of:

(1) The amount determined under **13.** Valuation;

Includes copyrighted material with permission of American Association of Insurance Services

824ECFB9-F247-48BA-A22F-D3522T709885 : 000033 of 000059

(2) The cost to repair, replace, or rebuild the property with material of like kind and quality to the extent practicable; or

(3) The "limit" that applies to the Covered Property.

**12. Recoveries** - If "we" pay "you" for the loss and lost or damaged property is recovered, or payment is made by those responsible for the loss, the following provisions apply:

**a.** "You" must notify "us" promptly if "you" recover property or receive payment;

**b.** "We" must notify "you" promptly if "we" recover property or receive payment;

**c.** Any recovery expenses incurred by either are reimbursed first;

**d.** "You" may keep the recovered property but "you" must refund to "us" the amount of the claim paid, or any lesser amount to which "we" agree; and

**e.** If the claim paid is less than the agreed loss due to a deductible or other limiting "terms" of this policy any recovery will be prorated between "you" and "us" based on our respective interest in the loss.

**13. Valuation -**

**a. Replacement Cost** - The value of Covered Property will be based on the replacement cost without any deduction for depreciation.

The replacement cost is limited to cost of repair or replacement with similar materials on the same site and used for the same purpose. If included in the "limit" of insurance, replacement cost includes the reasonable overhead and profit related to the Covered Property that sustains direct physical loss or damage but not to exceed the overhead and profit being charged for the construction, erection, or fabrication of a covered building or structure in accordance with the construction contracts.

The payment shall not exceed the amount "you" spend to repair or replace the damaged or destroyed property.

This Replacement Cost provision does not apply to Paragraphs **b.** and **c.** under this Loss Condition **13.**

**b. Pair or Set** - The value of a lost or damaged article which is part of a pair or set is based on a reasonable proportion of the value of the entire pair or set. The loss is not considered a total loss of the pair or set.

**c. Loss to Parts** - The value of a lost or damaged part of an item that consists of several parts when it is complete is based on the value of only the lost or damaged part or the cost to repair or replace it.

**E. OTHER CONDITIONS**

**1. Coinsurance** - "We" only pay a part of the loss if the "limit" is less than 100% of the value of the Covered Property on the date of completion. "Our" part of the loss is determined using the following steps:

**a.** Calculate 100% of the value of the Covered Property on the date of completion.

**b.** Divide the "limit" for Covered Property by the result determined in Paragraph **1.a.** above;

**c.** Multiply the total amount of loss, before the application of any deductible, by the result determined in Paragraph **1.b.** above.

The most "we" pay is the amount determined in Paragraph **1.c.** above, the amount of the loss, or the "limit" whichever is less. "We" do not pay any remaining part of the loss.

The Coinsurance clause will not apply if indicated as such on the "declarations".

The Coinsurance clause will not apply if the total amount of loss is less than $25,000.

If there is more than one "limit" indicated on the "declarations" for this coverage part, this procedure applies separately to each "limit".

Includes copyrighted material with permission of American Association of Insurance Services

824ECFB9-F247-48BA-A22F-D35227709885 : 000034 of 000059

If there is only one "limit" indicated on the "declarations" for this coverage, this procedure applies to the total of all Covered Property to which the "limit" applies.

2. **Insurance Under More Than One Coverage** - If more than one coverage of this policy insures the same loss, "we" pay no more than the actual claim, loss, or damage sustained.

3. **Insurance Under More Than One Policy** - "You" may have another policy subject to the same "terms" as this policy. If "you" do, "we" pay "our" share of the covered loss. "Our" share is the proportion that the applicable "limit" under this policy bears to the "limit" of all policies covering on the same basis.

   If there is another policy covering the same loss, other than that described above, "we" pay only for the amount of covered loss in excess of the amount due from that other policy, whether "you" can collect on it or not. But "we" do not pay more than the applicable "limit".

4. **Benefit to Others** - Insurance under this coverage shall not directly or indirectly benefit anyone having custody of "your" property.

5. **Conformity With Statute** - When a condition of this coverage is in conflict with an applicable law, that condition is amended to conform to that law.

6. **Misrepresentation, Concealment, or Fraud** - This coverage is void as to "you" and any other insured if, before or after a loss:

   a. "You" or any other insured have willfully concealed or misrepresented:

      (1) A material fact or circumstance that relates to this insurance or the subject thereof; or

      (2) "Your" interest herein.

   b. There has been fraud or false swearing by "you" or any other insured with regard to a matter that relates to this insurance or the subject thereof.

7. **Policy Period** - "We" pay for a covered loss that occurs during the policy period.

8. **Restoration of Limits** - A loss "we" pay under this coverage does not reduce the applicable "limits".

9. **Subrogation** - If "we" pay for a loss, "we" may require "you" to assign to "us" "your" right of recovery against others. "You" must do all that is necessary to secure "our" rights. "We" do not pay for a loss if "you" impair this right to recover.

   "You" may waive "your" right to recover from others in writing before a loss occurs.

10. **Suit Against Us** - No one may bring a legal action against "us" under this coverage unless:

    a. All of the "terms" of this coverage have been complied with; and

    b. The suit has been brought within two years after "you" first have knowledge of the loss.

    If any applicable law makes this limitation invalid, then suit must begin within the shortest period permitted by law.

11. **Territorial Limits** - "We" cover property while in the United States of America, its territories and possessions, Canada, and Puerto Rico.

12. **Carriers For Hire** - "You" may accept bills of lading or shipping receipts issued by carriers for hire that limit their liability to less than the replacement cost or actual cash value of the Covered Property.

13. **When Coverage Ceases** - Coverage will end when one of the following first occurs:

    a. This policy expires or is cancelled;

    b. The building or structure described on the "declarations" is accepted by the purchaser;

    c. "Your" interest in the Covered Property ceases;

    d. "You" abandon construction with no intent to complete it;

    e. The building or structure described on the "declarations" has been completed for more than 90 days; or

Includes copyrighted material with permission of American Association of Insurance Services

824ECFB9-F247-48BA-A22F-D35227709885 : 000035 of 000059

f. The building or structure described on the "declarations" has been occupied in whole or in part, or put to its intended use for 60 days.

**14. Mortgage Holders -**

a. The term "mortgage holder" includes trustee.

b. "We" will pay for covered loss of or damage to buildings or structures to each mortgage holder shown on the "declarations" in their order of precedence, as interests may appear.

c. The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d. If we deny "your" claim because of "your" acts or because "you" have failed to comply with the terms of this coverage form, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

(1) Pays any premium due under this coverage form at "our" request if "you" have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from "us" of "your" failure to do so; and

(3) Has notified "us" of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this coverage form will then apply directly to the mortgage holder.

e. If "we" pay the mortgage holder for any loss, or damage and deny payment to "you" because of your acts or because "you" have failed to comply with the terms of this coverage form:

(1) The mortgage holder's rights under the mortgage will be transferred to "us" to the extent of the amount "we" pay; and

(2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At "our" option, "we" may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to "us" and "you" will pay "your" remaining mortgage debt to "us".

f. If "we" cancel this policy, "we" will give written notice to the mortgage holder at least:

(1) 10 days before the effective date of cancellation if we cancel for "your" nonpayment of premium; or

(2) 30 days before the effective date of cancellation if "we" cancel for any other reason.

g. If "we" do not renew this policy, "we" will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

**15. Provisional Limit -** The "limit" shown on the "declarations" is provisional. The rate and premium are based on an average amount of liability during the period of construction. At any date while this policy is in force, the actual "limit" under this coverage form is that proportion of the Provisional Limit that the replacement cost of the described property bears to the replacement cost at the date of completion, but shall not in any case exceed the Provisional Limit.

**16. Control of Property -** Any act or neglect of any person other than "you" beyond "your" direction or control will not affect this insurance.

The breach of any condition of this coverage form at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**17. Liberalization -** If, within 45 days prior to the beginning of this Coverage Part or during the policy period, we make any changes to any forms or endorsements of this Coverage Part for which there is currently no separate premium charge, and that change

Includes copyrighted material with permission of American Association of Insurance Services

824ECFB9-F247-48BA-A22F-D3522770988S : 000036 of 000059

provides more coverage than this Coverage Part, the change will be considered as included until the end of the current policy period. We will make no additional premium charge for this additional coverage during the interim.

## F. DEFINITIONS

1. The words "you" and "your" mean the persons or organizations named as the insured on the "declarations".

2. The words "we", "us", and "our" mean the company providing this coverage.

3. "Declarations" means all pages labeled Declarations, Supplemental Declarations, or Schedules, which pertain to this coverage.

4. "Delay" means the period of time between the actual date of completion of the insured project with the exercise of due diligence and dispatch and the date the insured project would have been completed had no Covered Cause of Loss occurred to Covered Property.

5. "Limit" means the amount of coverage shown in the declarations, unless the "limit" is amended by **E. OTHER CONDITIONS, 15. Provisional Limit.**

6. "Pollutant" means:

   a. Any solid, liquid, gaseous, or thermal irritant or contaminant;

   b. Electromagnetic (visible or invisible) or sound emission; or

   c. Waste, including materials to be disposed of as well as recycled, reclaimed, or reconditioned.

7. "Sinkhole collapse" means the sudden settlement or collapse of earth supporting the Covered Property into subterranean voids created by the action of water on a limestone or similar rock formation. It does not include the value of the land or the cost of filling sinkholes.

8. "Soft Costs" means the necessary expenses relating to the construction, erection, or fabrication of Covered Property that are over and above those costs which would have been incurred had there been no "delay". These costs are limited to the following:

   a. Additional interest expense on money "you" borrow to finance construction, remodeling, renovation or repair;

   b. Additional realty taxes and other assessments which "you" incur;

   c. Additional advertising and promotional expenses;

   d. Additional costs consisting of commissions and administrative expenses, which result from renegotiation of leases, and expediting expenses such as overtime and additional transportation or storage costs.

   e. Additional fees for accountants, architects, attorneys, consultants, engineers, insurance premiums, franchises, project administration, royalties and watchman or guard services.

9. "Specified perils" means aircraft; civil commotion; explosion; falling objects; fire; hail and windstorm; leakage from fire extinguishing equipment; lightning; riot; "sinkhole collapse"; smoke; sonic boom; vandalism; vehicles; "volcanic action"; water damage; weight of ice, snow, or sleet.

   Falling objects does not include loss to personal property in the open or to the interior of buildings or structures or personal property inside buildings or structures unless the exterior of the roof or walls are first damaged by a falling object.

   Water damage means the sudden or accidental discharge or leakage of water or steam as a direct result of breaking or cracking of a part of the system or appliance containing the water or steam.

10. "Terms" means all provisions, limitations, exclusions, conditions, and definitions that apply.

Includes copyrighted material with permission of American Association of Insurance Services

824ECFB9-F247-48BA-A22F-D35227709885 : 000037 of 000059

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BUILDERS' RISK INLAND MARINE FLOOD ENDORSEMENT

This endorsement modifies insurance provided under the following:

**BUILDERS' RISK INLAND MARINE COVERAGE FORM**

## SCHEDULE

| ITEM | LOCATION (address) | "LIMIT" | DEDUCTIBLE |
|------|--------------------|---------|------------|
| 1 | 501 MAIN STREET COVINGTON KY 41011 | 1,000,000 | 25,000 |
|  | (SUBJECT TO FLOOD ZONE C) | | |

824ECFB9-F247-48BA-A22F-D3522T709885 : 000038 of 000059

**A.  COVERED CAUSES OF LOSS**

For the purposes of this endorsement only,

**Builders Risk Inland Marine Coverage Form A. Coverage, B. Exclusions, c. Water, Paragraphs (1), (2), (4) and (5) are deleted in their entirety and 3. Covered Causes of Loss is amended to include the following:**

(1)  Flood, meaning the partial or complete inundation of normally dry land areas due to:

  (a)  The unusual or rapid accumulation or runoff of rain or surface waters from any source, or

  (b)  Waves, tidal waters, tidal waves (including tsunami), or

  (c)  Water from rivers, ponds, lakes, streams, or any other body of water that rises above, overflows from, or is not contained within its natural or man-made boundary; and

All whether driven by wind or not, including storm surge;

(2)  Water under the ground surface pressing on, or flowing or seeping through;

  (a)  Foundations, walls, floors or paved surfaces;

  (b)  Basements, whether paved or not; or

  (c)  Doors, windows or other openings

(3)  Mudslides or mudflows, which are caused by flooding as defined above in Paragraph **A.(1)** of this endorsement. Mudslide or mudflow involves a river of liquid and flowing mud on the surface of normally dry land areas as when earth is carried by a current of water and deposited along the path of the current.

(4)  Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1)** or **(2)** above, or material carried or otherwise moved by mudslide or mudflow as described in paragraph **(3)** above.

**B.  EXCLUSIONS**

For the purposes of this endorsement only, **B. Exclusions** is amended to include the following:

  We do not pay for loss caused by or resulting from:

(a) Fire, explosion or theft; or

(b) Any flood that begins before the inception of this insurance.

## C. DEDUCTIBLE

For the purposes of this endorsement only **Builders Risk Inland Marine Coverage Form, C. Deductible** is deleted in its entirety and replaced by the following:

### C. Deductible

**Deductible** - "We" pay only that part of "your" loss over the deductible amount indicated in the Schedule of this endorsement in any one occurrence.

## D. LIMIT OF INSURANCE

(1) The "limit" in the Schedule of this endorsement indicates the most "we" will pay for loss or damage caused by flood.

(2) The "limit" in the Schedule of this endorsement is not an additional amount of insurance and will not increase the "limit" applicable to each item in the "declarations", nor will the "limit" in the "declarations" for **Coverage Provisions, d. All Covered Property** in any one occurrence be increased by this endorsement.

## E. OTHER CONDITION

For the purposes of this endorsement only, **E. Other Conditions, 1. Coinsurance** does not apply.

Includes copyrighted material with permission of American Association of Insurance Services.

824ECFB9-F247-48BA-A22F-D35227709885 : 000039 of 000059

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BUILDERS' RISK INLAND MARINE EARTHQUAKE ENDORSEMENT

This endorsement modifies insurance provided under the following:

**BUILDERS' RISK INLAND MARINE COVERAGE FORM**

## SCHEDULE

| ITEM | LOCATION (address) | "LIMIT" | DEDUCTIBLE |
|------|--------------------|---------|------------|
| 1 | 501 MAIN STREET COVINGTON KY 41011 | 1,000,000 | 25,000 |

**A. COVERED CAUSES OF LOSS**

For the purposes of this endorsement only,

**A. Coverage, B. Exclusions 1.b. Earth Movement,** Paragraphs **(1)** and **(5)** are deleted in their entirety and **A. Coverage Builders Risk Inland Marine Coverage form, 3. Covered Causes of Loss** is amended to include the following:

1. Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

2. Volcanic Eruption, explosion or effusion.

"We" will pay up to the "limit" indicated in the Schedule of this endorsement for that particular item. All earthquake shocks or volcanic eruptions that occur within any 168-hour period will constitute a single earthquake or volcanic eruption. The expiration of this policy will not reduce the 168-hour period.

**B. EXCLUSIONS**

For the purposes of this endorsement only, **Builders Risk Inland Marine Form B. Exclusions** is amended to include the following:

We will not pay for loss caused by or resulting from any Earthquake or Volcanic Eruption that begins before the inception date of this endorsement.

We will not pay for loss caused directly or indirectly by tidal wave or tsunami, even if attributable to an Earthquake or Volcanic Eruption.

**C. DEDUCTIBLE**

For the purposes of this endorsement only **Builders Risk Inland Marine Coverage Form, C. Deductible** is deleted in its entirety and replaced by the following:

824ECFB9-F247-48BA-A22F-D35227709885 : 000040 of 000059

C.  **Deductible**

**Deductible** - "We" pay only that part of "your" loss over the deductible amount indicated in the Schedule of this endorsement in any one occurrence.

D.  **Limit of Insurance**

1.  The "limit" in the Schedule of this endorsement indicates the most "we" will pay for loss or damage caused by earthquake or volcanic eruption.

2.  The "limit" in the Schedule of this endorsement is not an additional amount of insurance and will not increase the "limit" applicable to each item in the "declarations", nor will the "limit" in the "declarations" for **Coverage Provisions, d. All Covered Property** in any one occurrence be increased by this endorsement.

E.  **OTHER CONDITION**

For the purposes of this endorsement only, **E. Other Conditions, 1. Coinsurance** does not apply.

Includes copyrighted material with permission of American Association of Insurance Services.

824ECFB9-F247-48BA-A22F-D35227709885 : 000041 of 000059

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SOFT COSTS, RENTAL INCOME AND EARNINGS ENDORSEMENT

This endorsement modifies insurance provided under the following:

**BUILDERS' RISK INLAND MARINE COVERAGE FORM**

## SCHEDULE

| | | LIMIT | DEDUCTIBLE | |
|---|---|---|---|---|
| | | | **(Number of Days)** | **(Dollar)** |
| | **SOFT COSTS** | | | |
| **ITEM** | **LOCATION (Address)** | | | |
| 1 | 501 MAIN STREET COVINGTON KY 41011 | $3,550,000 $ $ $ | 14 | |
| | **RENTAL INCOME** | | | |
| **ITEM** | **LOCATION (Address)** | | | |
| 1 | 501 MAIN STREET COVINGTON KY 41011 | $500,000 $ $ $ | 14 | |
| | **EARNINGS** | | | |
| **ITEM** | **LOCATION (Address)** | | | |
| 1 | 501 MAIN STREET COVINGTON KY 41011 | $2,300,000 $ $ $ | 14 | |

For those ITEMS for which a "limit" is indicated in the SCHEDULE of this endorsement, the following applies:

**A.  COVERAGE**

For the purposes of this endorsement only

**1.  Soft Costs**

Builders Risk Inland Marine Coverage Form **A. COVERAGE, 4. Additional Coverages, o. Soft Costs** is deleted in its entirety and replaced by the following:

**o. Soft Costs** - When a "limit" is indicated for "soft costs", "we" pay for "soft costs" that arise out of a "delay" caused by a Covered Cause of Loss to Covered Property. The most "we" will pay is the limit of

insurance shown in the Schedule of this endorsement.

**2.  Rental Income**

**Builders Risk Inland Marine Coverage Form A. Coverage, 4. Additional Coverages** is amended to include the following:

**Rental Income** - When a "limit" is indicated for "rental income", "we" pay for actual loss of "rental income" that arises out of a "delay" caused by a Covered Cause of Loss to Covered Property. Expenses that do not necessarily continue because of a "delay" will be deducted from the loss of "rental income". The most "we" will pay is the "limit" shown in the Schedule of this endorsement.

MA 229 08 14

Page 1 of 3

3. **Earnings**

Builders Risk Inland Marine Coverage Form A. Coverage, 4. Additional Coverages is amended to include the following:

**Earnings** - When a "limit" is indicated for "earnings", "we" pay for actual loss of net "earnings" that arise out of a "delay" caused by a Covered Cause of Loss to Covered Property. The most "we" will pay is the "limit" shown in the Schedule of this endorsement.

"We" pay only the "soft costs", loss of "rental income" and loss of "earnings" incurred within 12 consecutive months after the date of direct physical loss to Covered Property.

4. **Expense to Reduce Loss**

Builders Risk Inland Marine Coverage Form A. Coverage, 4. Additional Coverages is amended to include the following:

**Expense to Reduce Loss** - In the event of a covered loss of "earnings", "rental income", or "soft costs" as described in **A. Coverage**, Paragraphs **1, 2** and **3**, we will pay the necessary expenses you incur to reduce that loss. Expenses paid under this Paragraph **A.4.** will not increase the applicable "limit". "We" do not pay for:

a. Expenses to extinguish a fire; or

b. Expenses that exceed the amount by which a loss is reduced.

If any property obtained for temporary use during the "delay" remains after the conclusion of the "delay", the amount "we" will pay under this Additional Coverage will be reduced by the salvage value of that property.

5. **Interruption by Civil Authority**

Builders Risk Inland Marine Coverage Form A. Coverage, 4. Additional Coverages is amended to include the following:

**Interruption by Civil Authority** - "We" will pay for covered loss of "earnings", "rental income", or "soft costs" caused by order of civil authority that prohibits access to Covered Property. This order must be a result of direct physical loss to property at locations other than those described in the Schedule and caused by a Covered Cause of Loss. This extension is limited to 30 consecutive days from the date of the order. Expenses paid under this Paragraph **A.5.** will not increase the applicable "limit."

**B. EXCLUSIONS**

For the purposes of this endorsement only

1. **Builders Risk Inland Marine Coverage Form B. EXCLUSIONS, 2.d. Loss of Use** is deleted in its entirety and replaced by the following:

   d. **Loss of Use** - "We" do not pay for loss caused by or resulting from loss of use, business interruption, "delay" or loss of market, except as provided by these Additional Coverages.

2. **Builders Risk Inland Marine Coverage Form B. EXCLUSIONS is amended to include the following:**

   **Additional Time** - "We" do not pay for any increase in loss resulting from additional time that is required to replace or repair any part of the Covered Property due to or arising out of:

   (1) Ordinances or laws requiring the use of construction materials or equipment that are different from the type of materials and equipment used in the property that is destroyed;

   (2) Ordinances or laws requiring "you" to test, evaluate, observe, or record the existence, level, or effects of "pollutants";

   (3) Adverse weather conditions;

   (4) Improvements necessary to correct deficiencies of original construction, erection, or fabrication; or

   (5) Alteration, additions, improvements or changes made in construction plans for contract work during repairs or replacement of lost or damaged property.

   **Consequential Loss** - "We" do not pay for any increase in loss resulting from any other consequential loss.

   **Lease, Contract, and License** - "We" do not pay for any increase in loss resulting from the suspension, lapse, or cancellation of any lease, contract, or license.

   **Penalties** - "We" do not pay for any increase in loss resulting from interference by strikers or any other person or organization interfering with the rebuilding, repairing, or replacing the Covered Property.

   "We" do not pay for any increase in loss resulting from import/export or customs restriction or regulation.

MA 229 08 14

824ECFB9-F247-48BA-A22F-D35227709885 : 000043 of 000059

"We" do not pay for any increase in loss resulting from non-availability of funds, other than insurance reimbursement, for the repair or replacement of lost or damaged property.

## C. DEDUCTIBLE

For the purposes of this endorsement only **Builders Risk Inland Marine Coverage Form, C. Deductible** is amended to include the following:

**Soft Cost, Rental Income or Earnings Deductible -**

1.  If a number of days is shown in the Deductible section of the SCHEDULE, the following applies to that particular item:

    "We" pay only that part of "your" "soft costs", loss of "rental income" or loss of "earnings" that "you" incur after the number of days indicated in the SCHEDULE have passed.

2.  If a dollar amount is shown in the Deductible section of the SCHEDULE, the following applies to that particular item:

    "We" pay only that part of "your" loss over the deductible amount indicated in the SCHEDULE in any one occurrence.

## D. LOSS CONDITIONS

For the purposes of this endorsement only **Builders Risk Inland Marine Coverage Form, D. Loss Conditions** is amended to include the following:

**Due Diligence -** "We" only pay for "soft costs", loss of "rental income" or loss of "earnings" during the period of time that would be re-quired with due diligence and dispatch to re-build or restore the damaged Covered Property with materials of like kind and quality. "You" must do everything reasonably possible to minimize "soft costs", loss of "rental income" or loss of "earnings".

**Interference and Access -** "You" must minimize any interference with the construction schedule to avoid or reduce any resulting "delay".

"You" must also allow "us" access to the Covered Property so that "we" can negotiate with the contractors, manufacturers, suppliers, or other involved parties so "we" can:

    **a.** Establish the cause and extent of the loss to Covered Property, "soft costs", loss of "rental income" or loss of "earnings"; and

    **b.** Determine and suggest methods to minimize or avoid the "delay" in construction, repairing, remodeling, or renovation.

## E. DEFINITIONS

For the purposes of this endorsement only **Builders Risk Inland Marine Coverage Form, E. Definitions** is amended to include the following:

1.  "Earnings" means the net profit or loss (before income taxes) from the operation or use of the Covered Property, plus continuing normal operating expenses (including payroll) of the operation or use of the Covered Property.

2.  "Rental income" means the net income from signed leases.

824ECFB9-F247-48BA-A22F-D35227709885 : 000044 of 000059

**MA 229 08 14**

**Page 3 of 3**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EQUIPMENT BREAKDOWN COVERAGE
# (EXCLUDING PRODUCTION EQUIPMENT)

This endorsement modifies insurance provided under the following:

**BUILDERS' RISK INLAND MARINE COVERAGE FORM**

I.   Section **A. COVERAGE** is amended as follows:

    **A.**   For those locations with buildings indicated in the SCHEDULE of this endorsement, paragraph **2.i.** is deleted in its entirety and replaced with:

        "We" do not cover tools or equipment other than "covered equipment", scaffolding and construction forms.

    **B.**   Paragraph **3. Covered Causes of Loss** is amended to include the following:

        "We" will pay for direct damage to Covered Property caused by or resulting from an "accident".

        At the time an "accident" occurs, it must become apparent by physical damage that requires repair or replacement of the "covered equipment" or part thereof, in order for a Covered Cause of Loss to have occurred.

    **C.**   Paragraph **4. Additional Coverages** is amended as follows:

        The following Additional Coverages are added, subject to the following:

        All other "terms" of this policy, including "limits" and deductibles, apply to these Additional Coverages. If "limits" are indicated in the following Additional Coverages, they are included in, and are not in addition to, the "limits" shown in the "declarations" as applicable to the Covered Property.

      **i.**   **Drying Out** - If electrical equipment included in Covered Property requires drying out as a result of a "flood", the drying out will be considered the result of an "accident". This Additional Coverage is included within the "limit" shown in the "declarations".

      **j.**   **Expediting Expenses** - With respect to an "accident" covered by this endorsement, "we" will pay the reasonable extra cost to:

        (1)  Make temporary repairs;

        (2)  Expedite permanent repairs; and

        (3)  Expedite permanent replacement.

        This Additional Coverage is included within the "limit" shown in the "declarations".

      **k.**   **Hazardous Substance Limitation** - This Additional Coverage only applies to loss or damage covered by this endorsement.

        The following applies despite the operation of the Ordinance or Law Exclusion. This limitation does not apply to damage, contamination or pollution caused by ammonia.

        If Covered Property is damaged, contaminated or polluted by a "hazardous substance" as a result of an "accident" to Covered Property covered by this endorsement, the most "we" will pay for any additional expenses incurred by "you" for clean up, repair, replacement or disposal of that property is $25,000. As used here, additional expenses mean expenses incurred beyond those for which "we" would be liable if no "hazardous substance" had been involved.

      **l.**   **Ammonia Contamination Limitation** - If Covered Property is contaminated by ammonia as a result of an "accident" to Covered Property, the most "we" will pay for this kind of damage, including salvage expense, is $25,000.

II.   Section **B. EXCLUSIONS** is amended as follows:

    The following is added to **1.c. Flood, 3.a. Defects, Errors and Omissions, 3.b. Electrical Currents** and **3.c. Mechanical Breakdown:**

Includes copyrighted material of ISO Properties, Inc., and the American Association of Insurance Services with their permission.

MA 230 01 09

Page 1 of 3

824ECFB9-F247-48BA-A22F-D35227709885 : 000045 of 000059

However, this exclusion does not apply if these causes of loss are caused by, or result from an "accident" to Covered Property.

III. Section **C. DEDUCTIBLE** is amended as follows:

The following is added with respect to loss or damage caused by an "accident" to Covered Property:

"We" pay only that part of "your" loss over $500 or the deductible stated in the "declarations", whichever is greater.

IV. Section **D. LOSS CONDITIONS** is amended to include the following:

**14. Other Insurance**

The Other Insurance - Loss Condition in the Commercial Inland Marine Conditions is replaced by the following:

If "you" have other insurance, which includes warranties (express or implied) from equipment manufacturers or maintenance contracts, covering the same loss as the insurance under this Coverage Part, "we" will pay only the excess over what you should have received from the other insurance. "We" will pay the excess whether "you" can collect on the other insurance or not.

V. Section **E. OTHER CONDITIONS, 3. Insurance Under More Than One Policy** is deleted in its entirety and replaced with:

**3. Insurance Under More Than One Policy**
"You" may have another policy subject to the same "terms" as this policy. If "you" do, "we" pay "our" share of the covered loss. "Our" share is the proportion that the applicable "limit" under this policy bears to the "limit" of all policies covering on the same basis.

If "you" have other insurance, which includes warranties (express or implied) from equipment manufacturers or maintenance contracts, covering the same loss as the insurance under this Coverage Part, "we" will pay only the excess over what "you" should have received from the other insurance. "We" will pay the excess whether "you" can collect on the other insurance or not.

VI. Section **F. DEFINITIONS** is amended to include the following:

**13.** "Accident":

**a.** Means a sudden and accidental breakdown of "covered equipment".

**b.** Does not include:

**(1)** Depletion, deterioration, corrosion or erosion, wear and tear;

**(2)** The functioning of any safety or protective device; or

**(3)** The breakdown of any structure or foundation.

**14.** "Covered equipment":

**a.** Means:

**(1)** Any boiler;

**(2)** Any fired or unfired pressure vessel subject to vacuum or internal pressure other than the static pressure of its contents;

**(3)** Any piping and its accessory equipment;

**(4)** Any refrigeration or air conditioning system; or

**(5)** Any mechanical or electrical machine or apparatus used for generation, transmission or utilization of mechanical or electrical power,

Which will become a permanent part of the buildings or structures described on the "declarations" and only while located on the premises of those buildings or structures, or within 1,000 feet of such premises.

**b.** Does not include:

**(1)** Any sewer piping, underground gas piping, or piping forming a part of a sprinkler system;

**(2)** Water piping other than boiler feed water piping, boiler condensate return piping or water piping forming a part of a refrigeration or air conditioning system;

**(3)** Insulating or refractory material;

**(4)** Media used with any electronic data processing equipment;

**(5)** Vehicle, elevator, escalator, conveyor, hoist or crane;

**(6)** Machine or apparatus that is used for research, medical, diagnostic, surgical, dental or pathological purposes;

**(7)** Production equipment meaning any production or processing machinery or equipment that processes, forms, cuts, shapes,

Includes copyrighted material of ISO Properties, Inc., and the American Association of Insurance Services with their permission.

824ECFB9-F247-48BA-A22F-D35227709885 : 000046 of 000059

grinds or conveys raw materials, materials in process or finished products, and any electronic data processing equipment, data or media which controls or operates production equipment; or

(8) Any other property not specifically described in Paragraph **14.a.** above.

**15.** "Hazardous substance" means a substance declared to be hazardous to health by a governmental authority.

## SCHEDULE

| Location Number | Address |
|---|---|
| 1 | **501 MAIN STREET COVINGTON KY 41011** |

Includes copyrighted material of ISO Properties, Inc., and the American Association of Insurance Services with their permission.

824ECFB9-F247-48BA-A22F-D35227709885 : 000047 of 000059

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BUILDERS' RISK INLAND MARINE TREES, SHRUBS AND PLANTS ENDORSEMENT

This endorsement modifies insurance provided under the following:

**BUILDERS' RISK INLAND MARINE COVERAGE FORM**

### SCHEDULE

| ITEM | LOCATION (address) | "LIMIT" FOR ANY ONE TREE, SHRUB OR PLANT ($500 unless otherwise indicated) | "LIMIT" |
|------|--------------------|-----------------------------------------|---------|
| 1    | 501 MAIN STREET COVINGTON KY 41011 | 1,000 | 25,000 |

For the purposes of this endorsement only, **4. Additional Coverages; i. Trees, Shrubs, Plants and Lawns Paragraph (1)** is deleted in its entirety and replaced by the following:

**(1)** "We" pay up to the "limits" indicated in the Schedule for loss to trees, shrubs, plants and lawns.

Includes copyrighted material with permission of American Association of Insurance Services.

**MA 457 08 14**

824ECFB9-F247-48BA-A22F-D35227709885 : 000048 of 000059

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**EXPEDITING EXPENSES COVERAGE**

This endorsement modifies insurance provided under the following:

**BUILDERS' RISK INLAND MARINE COVERAGE PART**

**BUILDERS' RISK INLAND MARINE COVERAGE FORM, MA 112, SECTION A. COVERAGE** is amended to add the following:

5.   **Supplemental Coverages**

    a.   **Expediting Expenses –** When a covered cause of loss occurs to a covered building or structure, "we" pay for reasonable expediting expenses necessary to complete construction within the time frame specified in the construction contract. The most "we" pay in any one occurrence for all expediting expenses is $100,000.

b.   **Expediting Expenses Include –** Expediting expenses include, but are not limited to, additional:

    (1)  Labor or overtime;

    (2)  Transportation costs and storage expense;

    (2)  Expense to rent additional equipment; and

    (4)  Similar construction expenses.

Includes copyrighted material with permission of American Association of Insurance Services

IA 450 A 11 87

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ORDINANCE OR LAW COVERAGE

This endorsement modifies insurance provided under the following:

**BUILDER'S RISK INLAND MARINE COVERAGE FORM**

### SCHEDULE

| Loc | Bldg | Address | Cov. A | Cov. B Limit of Insurance | Cov. C Limit of Insurance |
|-----|------|---------|--------|---------------------------|---------------------------|
| 1 | 1 | 501 MAIN ST COVINGTON, KY 41011 | Incl. | $250,000 | $250,000 |

**A. Application of Coverages**

The Coverage(s) provided by this endorsement apply only if the conditions in both Paragraph **B.1.** and Paragraph **B.2.** are met and then subject to the qualifications set forth in Paragraph **B.3.**

1. The ordinance or law involving **Coverage A, B** or **C** must:

   a. Regulate the demolition, construction or repair of buildings, or establish zoning or land use requirements at the premises shown in the Schedule of this endorsement; and

   b. Be in force at the time of direct loss.

   But coverage under this endorsement applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this endorsement.

2. a. The building sustains direct loss that is covered under this Coverage Part and as a result of such damage you are required to comply with the ordinance or law; or

   b. The building sustains both direct loss that is covered under this Coverage Part and direct loss that is not covered under this Coverage Part, and as a result of the building damage in its entirety you are required to comply with the ordinance or law.

   c. But if the building sustains direct loss that is not covered under this Coverage Part, and such damage is the subject of the ordinance or law, then there is no coverage under this endorsement even if the building has also sustained covered direct loss.

3. In the situation described in Paragraph **B.2.b.** above, we will not pay the full amount of loss otherwise payable under the terms of **Coverages A, B** and/or **C** of this endorsement. Instead, we will pay a proportion of such loss, meaning the proportion that the covered direct loss bears to the total direct loss. (Section **G.** of this endorsement provides an example of this procedure.)

   However, if the covered direct loss, alone, would have resulted in a requirement to comply with the ordinance or law, then we will pay the full amount of loss otherwise payable under the terms of **Coverages A, B** and/or **C** of this endorsement.

**C. Coverage A, B and C Exclusions**

We will not pay under this endorsement for:

1. Enforcement of or compliance with any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants"

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

IA 450 B 11 87

Page 1 of 4

824ECFB9-F247-48BA-A22F-D3522770 9885 : 000050 of 000059

or due to the presence, growth, proliferation, spread or any activity of fungus, mildew, mold , wet or dry rot or bacteria; or

2. The costs associated with the enforcement of or compliance with any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", fungus, mildew, mold, wet or dry rot, or bacteria.

3. Loss due to any ordinance or law that:

   a. You were required to comply with before the loss, even if the building was undamaged; and

   b. You failed to comply with.

D. **Coverage**

1. **Coverage A - Coverage for Loss to the Undamaged Portion of the Building**

   With respect to the building that has sustained covered direct loss, we will pay under **Coverage A** for the loss in value of the undamaged portion of the building as a consequence of a requirement to comply with an ordinance or law that requires demolition of undamaged parts of the same building.

   **Coverage A** is included within the Limit of Insurance applicable to the covered building as shown in the Schedule of this endorsement **Coverage A** does not increase the Limit of Insurance.

2. **Coverage B - Demolition Cost Coverage**

   With respect to the building that has sustained covered direct loss, we will pay the cost to demolish and clear the site of undamaged parts of the same building, as a consequence of a requirement to comply with an ordinance or law that requires demolition of such undamaged property.

   **BUILDERS RISK INLAND MARINE COVERAGE FORM, E. OTHER CONDITIONS 1. Coinsurance** does not apply to **Coverage B - Demolition Cost Coverage.**

3. **Coverage C - Increased Cost of Construction Coverage**

   a. With respect to the building that has sustained covered direct loss, we will pay the increased cost to:

      (1) Repair or reconstruct damaged portions of that building; and/or

      (2) Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

   when the increased cost is a consequence of a requirement to comply with the minimum requirements of the ordinance or law.

   However:

      (1) This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

      (2) We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

   **BUILDERS RISK INLAND MARINE COVERAGE FORM, E. OTHER CONDITIONS 1. Coinsurance** does not apply to **Coverage C - Increased Cost of Construction Coverage.**

   b. When a building is damaged or destroyed and **Coverage C** applies to that building in accordance with Paragraph **3.a.** above, coverage for the increased cost of construction also applies to repair or reconstruction of the following, subject to the same conditions stated in Paragraph **3.a.**:

      (1) The cost of excavations, grading, backfilling and filling;

      (2) Foundation of the building;

      (3) Pilings; and

      (4) Underground pipes, flues and drains.

E. **Loss Payment**

1. All following loss payment provisions in Paragraph **E.2.** through Paragraph **E.4.** are subject to the apportionment procedures set forth in Paragraph **B.3.** of this endorsement.

2. When there is a loss in value of an undamaged portion of a building to which **Coverage A** applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

Includes copyrighted material of Insurance

IA 450 B 11 87          Services Office, Inc., with its permission.          Page 2 of 4

824ECFB9-F247-48BA-A22F-D35227709885 : 000051 of 000059

a. If the property is being repaired or replaced, at the same premises or another premises, we will not pay more than the lesser of:

(1) The amount you would actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same "premises" and to the same height, floor area, style and comparable quality of the original property insured; or

(2) The Limit of Insurance shown in the Declarations as applicable to the covered building.

b. If the property is not repaired or replaced, we will not pay more than the lesser of:

(1) The actual cash value of the building at the time of direct loss; or

(2) The Limit of Insurance shown in the Schedule of this endorsement.

3. Loss payment under **Coverage B - Demolition Cost Coverage** will be determined as follows:

We will not pay more than the lesser of the following:

a. The amount you actually spend to demolish and clear the site of the described premises; or

b. The applicable Limit of Insurance shown for **Coverage B** in the Schedule of this endorsement.

4. Loss payment under **Coverage C - Increased Cost of Construction Coverage** will be determined as follows:

a. We will not pay under **Coverage C:**

(1) Until the property is actually repaired or replaced, at the same premises or another premises; and

(2) Unless the repairs or replacement are made as soon as reasonably possible after the direct loss, not to exceed two years. We may extend this period in writing during the two years.

b. If the building is repaired or replaced at the same premises, or if you elect

to rebuild at another premises, the most we will pay under **Coverage C** is the lesser of:

(1) The increased cost of construction at the same premises; or

(2) The applicable Limit of Insurance shown for **Coverage C** in the Schedule of this endorsement.

c. If the ordinance or law requires relocation to another premises, the most we will pay under **Coverage C** is the lesser of:

(1) The increased cost of construction at the new premises; or

(2) The applicable Limit of Insurance for **Coverage C** in the Schedule of this endorsement.

F. The terms of this endorsement apply separately to each building to which this endorsement applies.

G. **Other Insurance**

The coverage provided by this endorsement is primary over the coverage provided in **BUILDERS RISK INLAND MARINE COVERAGE FORM, A.COVERAGE, 4. Additional Coverages, m. Ordinance or Law Coverage for New Construction.**

H. **Proportional Payment Examples**

Example of Proportionate Loss Payment for Ordinance or Law Coverage Losses (procedure as set forth in Paragraph B.3. of this endorsement).

Assume:

- Wind is a Covered Cause of Loss; Flood is an excluded Cause of Loss

- The building has a value of $200,000

- Total direct loss to building:

  $100,000.

- The ordinance or law in this jurisdiction is enforced when building damage equals or exceeds 50% of the building's value

- Portion of direct loss that is covered (caused by wind): $30,000

- Portion of direct loss that is not covered (caused by flood): $70,000

- Loss under Ordinance or Law Coverage C of this endorsement: $60,000.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Step 1:**

Determine the proportion that the covered direct loss bears to the total direct loss.

$30,000 ÷ $100,000 = .30

**Step 2:**

Apply that proportion to the Ordinance or Law loss.

$60,000 x .30 = $18,000

In this example, the most we will pay under this endorsement for the **Coverage C** loss is $18,000, subject to the applicable Limit of Insurance and any other applicable provisions.

**Note:** The same procedure applies to losses under **Coverages A** and **B** of this endorsement.

824ECFB9-F247-48BA-A22F-D35227709885 : 000053 of 000059

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED – BUILDERS' RISK FORM

This endorsement modifies insurance provided under the following:

### BUILDERS' RISK INLAND MARINE COVERAGE PART DECLARATIONS

### SCHEDULE

Name of Person or Organization (Additional Insured):

RIVER HAUS APARTMENTS JV, LLC
ONE INDIANA SQUARE STE 3000
INDIANAPOLIS, IN 46204

FLAHERTY & COLLINS CONSTRUCTION, INC
ONE INDIANA SQUARE, STE 3000
INDIANAPOLIS, IN 46204

TCF NATIONAL BANK; ITS SUCCESSORS AND/OR ASSIGNS
COMMERCIAL LENDING DEPT 380-0 4-0
800 BURR RIDGE PKWY
BURR RIDGE, IL 60527

PACE EQUITY FINANCE, LLC AND/OR ITS SUCCESSORS AND ASSIGNS
731 NORTH JACKSON ST STE 420
MILWAUKEE, WI 53202

CITY OF COVINGTON, KENTUCKY
20 W PIKE ST
COVINGTON, KY 41011

Designation of Premises:   501 MAIN ST
COVINGTON, KY 41011

The person(s) or organization(s) shown in the Schedule is an additional insured but only with respect to their interest in Covered Property at the premises shown in the Schedule.

IA 450 C 11 87

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY**

## BUILDERS' RISK LENDER'S LOSS PAYABLE

This endorsement modifies insurance provided under the following:

**BUILDERS' RISK INLAND MARINE COVERAGE FORM**

### SCHEDULE

| Location Number | Bldg. Number | Description of Property | Loss Payee (Name & Address) | Provisions Applicable | | |
|---|---|---|---|---|---|---|
| | | | | Loss Payable | Lender's Loss Payable | Contract Of Sale |
| 1 | 1 | 501 Main St Covington, KY 41011 | TCF National Bank It's Successors and/or Assigns Commercial Lending Dept 380-0 4-0 800 Burr Ridge Pkwy Burr Ridge IL 60527 | ☐ | ☒ | ☐ |

The following are added to **BUILDERS' RISK INLAND MARINE COVERAGE FORM, MA 112, SECTION D. LOSS CONDITIONS, 11. Loss Payment**, as indicated in the Declarations or by an "X" in the Schedule above.

**f.   Loss Payable**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

(1)  Adjust losses with you; and

(2)  Pay any claim for "loss" jointly to you and the Loss Payee, as interests may appear

**g.   Lender's Loss Payable**

(1)  The Loss Payee shown in the Schedule or in the Declarations is a creditor, who has an insurable interest in Covered Property.

(2)  We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interest may appear.

(3)  The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

(4)  If we deny your claim because of your acts or because you have failed to comply with the terms of the coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

(a)  Pays any premium due under this Coverage Part at our request if you have failed to do so;

(b)  Submits a signed, sworn proof of loss within 60 days after receiving notice from us if your failure to do so; and

(c)  Has notifies us of any change in ownership, occupancy or substantial change in All of the terms of this Coverage Part will then apply directly to the Loss Payee.

(5)  If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**IA 450 11 87 D**

Page 1 of 2

824ECFB9-F247-48BA-A22F-D3522770 9885 : 000055 of 000059

824ECFB9-F247-48BA-A22F-D35227709885 : 000056 of 000059

**(a)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

**(b)** The Loss Payee's right to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

**(6)** If we cancel this policy, we will give written notice to the Loss Payee at least:

**(a)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(b)** 30 days before the effective date of cancellation if we cancel for any other reason.

**(7)** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**h.   Contract of Sale**

**(1)** The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

**(2)** For Covered Property in which both you and the Loss Payee have an insurable interest we will:

**(a)** Adjust losses with you; and

**(b)** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**(3)** For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

**IA 450 11 87 D**

824ECFB9-F247-48BA-A22F-D35227709885 : 000057 of 000059



**EXHIBIT B**

824ECFB9-F247-48BA-A22F-D35227709885 : 000058 of 000059





824ECFB9-F247-48BA-A22F-D35227709885 : 000059 of 000059

**COMMONWEALTH OF KENTUCKY**
**KENTON COUNTY CIRCUIT COURT**
**CASE NO. 19-CI-01704**

**FLAHERTY & COLLINS CONSTRUCTION, INC.**                      **PLAINTIFFS**
**COVINGTON FC II, LLC**
**COVINGTON FC III, LLC**

**v.**

**THE CINCINNATI INSURANCE COMPANY**                      **DEFENDANT**

---

**NOTICE OF FILING NOTICE OF REMOVAL**

---

COMES NOW Defendant The Cincinnati Insurance Company, by and through its undersigned counsel, and hereby notifies the Court that it has filed a Notice of Removal of the above-referenced action in the United States District Court for the Eastern District of Kentucky at Covington. A copy of the Notice of Removal is attached hereto.

Respectfully submitted,

_/s/ James P. Nolan, II_
Hon. James P. Nolan, II (91301)
Hon. Christopher J. Mulvaney (87217)
Hon. Matthew F.X. Craven (94300)
Rolfes Henry Co., LPA
600 Vine Street, Suite 2600
Cincinnati, Ohio 45202
T:     513-579-0080
F:     513-579-0222
E:     jnolan@rolfeshenry.com
E:     cmulvaney@rolfeshenry.com
E:     mcraven@rolfeshenry.com
*Attorneys for Defendant, The Cincinnati Ins. Co.*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and accurate copy of the foregoing was served on October 15, 2019, via U.S. Mail and e-mail upon the following:

Hon. Theresa L. Nelson
Hon. Robert R. Sparks
Strauss Troy Co., LPA
150 East Fourth Street, 4th Floor
Cincinnati, OH 45202
tlnelson@strausstroy.com
rrsparks@strausstroy.com
*Counsel for Plaintiffs*

 /s/ James P. Nolan, II
James P. Nolan, II

2