Eastern District of Kentucky
**F I L E D**

DEC 2 0 2019

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
### AT COVINGTON

| | |
|---|---|
| FLAHERTY & COLLINS CONSTRUCTION, INC. | : CASE NO. 2:19-cv-00144-WOB-CJS |
| | : |
| | : Judge William O. Bertlesman |
| COVINGTON FC II, LLC | : |
| | : Magistrate Judge Candace A. Smith |
| COVINGTON FC III, LLC | : |
| | : |
| Plaintiffs | : **AGREED ORDER OF DISMISSAL** |
| | : **WITH PREJUDICE** |
| v. | : |
| | : |
| THE CINCINNATI INSURANCE COMPANY | : |
| | : |
| Defendant | : |

Come now the parties hereto, by and through their respective undersigned counsel, and hereby jointly stipulate and agree the above-captioned litigation shall be and is hereby dismissed with prejudice as all matters and controversies between the parties have been amicably resolved and settled. Each party to bear its own costs.

**SO ORDERED** this 20th day of December, 2019.

_____
WILLIAM O. BERTELSMAN
UNITED STATES DISTRICT JUDGE

- 1 -

HAVE SEEN AND AGREE:

/s/ Charles P. Edwards (per email 12/17/19)
Hon. Charles P. Edwards (*Pro Hac Vice*)
Barnes & Thornburg, LLP
11 S. Meridian Street
Indianapolis, IN 46204-3535
T:  317-231-7438
F:  317-231-7433
E:  charles.edwards@btlaw.com

Hon. Theresa L. Nelson (88737)
Hon. Robert R. Sparks (83685)
Strauss Troy Co., LPA
150 E. 4th Street, 4th Floor
Cincinnati, OH 45202
P:  513-621-2110
F:  513-241-8259
E:  tlnelson@strausstroy.com
     rrsparks@strausstroy.com
*Attorneys for Plaintiffs,*

/s/ Matthew F.X. Craven
Hon. James P. Nolan, II (91301)
Hon. Christopher J. Mulvaney (87217)
Hon. Matthew F.X. Craven (94300)
Rolfes Henry Co., LPA
600 Vine Street, Suite 2600
Cincinnati, Ohio 45202
T:  513-579-0080
F:  513-579-0222
E:  jnolan@rolfeshenry.com
E:  cmulvaney@rolfeshenry.com
E:  mcraven@rolfeshenry.com
*Attorneys for Defendant*